## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH P. CONRAD and JOHN W. CONRAD,<br><br>       Plaintiffs,<br><br>  v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORP., HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX8<br><br>       Defendant. | Civil Action No. 3:19-cv-01720-JAM<br><br><br>November 25, 2019 |

**AFFIDAVIT OF LYNN PERCY IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORP., HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX8 MOTION TO DISMISS**

The undersigned, being duly sworn, deposes and says:

1. I am over the age of eighteen years and believe in the obligations of an oath.

2. I am a Paralegal at the law firm Seyfarth Shaw, LLP, which is counsel for Defendants in the above-captioned matter.

3. The facts set forth in this Affidavit are true to the best of my knowledge and belief.

4. Attached hereto as **Exhibit 1** is a true and accurate copy of the State of Connecticut, Superior Court Docket, *U.S. Bank National v. Elizabeth P. Conrad, et al.*, case number FST-CV08-500832-S, available at https://www.jud.ct.gov/index.asp (last visited November 21, 2019).

5.     Attached hereto as **Exhibit 2** is a true and accurate copy of the Complaint filed in case number FST-CV08-500832-S, dated August 12, 2008.

6.     Attached hereto as **Exhibit 3** is a true and accurate copy of the Affidavit of Debt (Dkt. 272.00), filed on May 4, 2017.

7.     Attached hereto as **Exhibit 4** is a true and accurate copy of the Motion for Default for Failure to Disclose a Defense (Dkt. 109.00), dated December 12, 2008.

8.     Attached hereto as **Exhibit 5** is a true and accurate copy of the Motion for Judgment of Strict Foreclosure and Finding of Entitlement of Possession (Dkt. 110.00), dated December 12, 2008.

9.     Attached hereto as **Exhibit 6** is a true and accurate copy of the Motion to Open Judgment and Extend the Sale Date (Dkt. 126.00), dated June 3, 2009.

10.     Attached hereto as **Exhibit 7** is a true and accurate copy of the Motion to Open and Vacate Judgment (Dkt. 130.00), dated February 16, 2010.

11.     Attached hereto as **Exhibit 8** is a true and accurate copy of the Motion for Judgment of Strict Foreclosure and Finding of Entitlement of Possession (Dkt. 132.00), dated April 13, 2010.

12.     Attached hereto as **Exhibit 9** is a true and accurate copy of the Mediator's Final Report (Dkt. 135.00), dated July 30, 2010.

13.     Attached hereto as **Exhibit 10** is a true and accurate copy of the Order Regarding: 04/13/10 132.00 Motion for Judgment-Strict Foreclosure (Dkt. 132.86), dated October 10, 2010.

14.     Attached hereto as **Exhibit 11** is a true and accurate copy of the Foreclosure Mediation - Motion for Permission to Request Mediation Later Than 15 Days After Rerun Date or to Change Mediation Period (Dkt. 142.00), dated November 3, 2010.

15. Attached hereto as **Exhibit 12** is a true and accurate copy of the Order Regarding: 11/3/10 142.00 Foreclosure Mediation-Motion for Modification of Mediation Period JD-CV-96 (Dkt. 142.88), dated December 13, 2010.

16. Attached hereto as **Exhibit 13** is a true and accurate copy of Foreclosure Mediation-Objection (Dkt. 143.00), dated November 11, 2010.

17. Attached hereto as **Exhibit 14** is a true and accurate copy of the Foreclosure Mediation - Motion for Permission to Request Mediation Later Than 15 Days After Rerun Date or to Change Mediation Period (Dkt. 144.00), dated December 29, 2010.

18. Attached hereto as **Exhibit 15** is a true and accurate copy of the Order Regarding: 12/29/10 144.00 Foreclosure Mediation-Motion for Modification of Mediation Period JD-CV-96 (Dkt. 144.86), dated January 18, 2011.

19. Attached hereto as **Exhibit 16** is a true and accurate copy of the Foreclosure Mediation-Objection (Dkt. 145.00), dated December 31, 2010.

20. Attached hereto as **Exhibit 17** is a true and accurate copy of the Objection to Motion for Judgment of Strict Foreclosure (Dkt. 158.00), dated July 20, 2012.

21. Attached hereto as **Exhibit 18** is a true and accurate copy of the Brief in Further Support of Objection to Motion for Judgment of Strict Foreclosure (Dkt. 159.00), dated August 3, 2012.

22. Attached hereto as **Exhibit 19** is a true and accurate copy of the Reply Memorandum to Defendants Objection to Strict Foreclosure (Dkt. 160.00), dated August 17, 2012.

23. Attached hereto as **Exhibit 20** is a true and accurate copy of the Order (Dkt. 186), dated May 7, 2014.

24. Attached hereto as **Exhibit 21** is a true and accurate copy of the May 7, 2014 Hearing Transcript, Excerpt, Judge's Orders Only .

25. Attached hereto as **Exhibit 22** is a true and accurate copy of the Foreclosure Mediator's Premediation Report (Dkt. 187.00), dated June 10, 2014.

26. Attached hereto as **Exhibit 23** is a true and accurate copy of the Motion for Continuance (Dkt. 188.00), dated July 24, 2014.

27. Attached hereto as **Exhibit 24** is a true and accurate copy of the Order Regarding: 07/24/2014 188.00 Motion for Continuance (Dkt. 188.86), dated July 25, 2014.

28. Attached hereto as **Exhibit 25** is a true and accurate copy of the Motion to Terminate Mediation (Dkt. 200.00), dated May 19, 2015.

29. Attached hereto as **Exhibit 26** is a true and accurate copy of the Motion to Open Judgment (Dkt. 189.00), dated September 17, 2014.

30. Attached hereto as **Exhibit 27** is a true and accurate copy of the Order Regarding: 09/18/2014 189.00 Motion to Open Judgment (Dkt. 189.86), dated September 29, 2014.

31. Attached hereto as **Exhibit 28** is a true and accurate copy of the Notice of Bankruptcy (Dkt. 190.00), dated October 13, 2014.

32. Attached hereto as **Exhibit 29** is a true and accurate copy of the Motion to Reopen Judgment and Set New Sale Day (Dkt. 197.00), dated April 8, 2015.

33. Attached hereto as **Exhibit 30** is a true and accurate copy of the Order Regarding 04/08/2015 197.00 Motion to Open Judgment (Dkt. 197.01), dated August 24, 2015.

34. Attached hereto as **Exhibit 31** is a true and accurate copy of the Order Regarding 04/08/2015 197.00 Motion to Open Judgment (Dkt. 197.02), dated September 8, 2015

35. Attached hereto as **Exhibit 32** is a true and accurate copy of the Motion to Dismiss (Dkt. 221.00), dated September 11, 2015.

36. Attached hereto as **Exhibit 33** is a true and accurate copy of the Motion for Enforcement of Settlement Agreement (Dkt. 223.00), dated November 4, 2015.

37. Attached hereto as **Exhibit 34** is a true and accurate copy of the Objection to Defendant's Motion to Dismiss Based on a Lack of Compliance with the Emergency Mortgage Assistance Program (Dkt. 226.00), dated January 20, 2016.

38. Attached hereto as **Exhibit 35** is a true and accurate copy of the Order Regarding: 09/14/2015 221.00 Motion to Dismiss PD 10-30 (Dkt. 221.02), dated January 29, 2016.

39. Attached hereto as **Exhibit 36** is a true and accurate copy of the Order Regarding: 01/21/2016 Objection (Dkt. 226.01), dated January 29, 2016.

40. Attached hereto as **Exhibit 37** is a true and accurate copy of the Motion to Open Judgment (Dkt. 234), dated May 5, 2016.

41. Attached hereto as **Exhibit 38** is a true and accurate copy of the Order Regarding: 05/05/2016 234.00 Motion to Open Judgment (Dkt. 234.01), dated May 23, 2016.

42. Attached hereto as **Exhibit 39** is a true and accurate copy of the Order Regarding: 05/05/2016 234.00 Motion to Open Judgment (Dkt. 234.02, dated May 31 2016.

43. Attached hereto as **Exhibit 40** is a true and accurate copy of the Order Regarding: 05/05/2016 234.00 Motion to Open Judgment (Dkt. 234.03), dated June 3, 2016.

44. Attached hereto as **Exhibit 41** is a true and accurate copy of the Notice of Bankruptcy Case Filing (Dkt. 238.00), dated June 3, 2016.

45. Attached hereto as **Exhibit 42** is a true and accurate copy of the Motion to Open Judgment and Set New Sale Day (Dkt. 239), dated September 16, 2016.

46. Attached hereto as **Exhibit 43** is a true and accurate copy of the Order Regarding: 09/16/2016 239.00 Motion to Open Judgment and Extend the Sale Date (Dkt. 239.02), dated October 13, 2016.

47. Attached hereto as **Exhibit 44** is a true and accurate copy of the Motion to Open Judgment and Dismiss Case and to Vacate Order for Auction as Order was Obtained by a Fraud Upon the Court (Dkt. 261.00), dated February 17, 2017.

48. Attached hereto as **Exhibit 45** is a true and accurate copy of the Motion to Reopen Judgment and Set New Sale Day (Dkt. 263.00), dated April 14, 2017.

49. Attached hereto as **Exhibit 46** is a true and accurate copy of the May 15, 2017 Hearing Transcript.

50. Attached hereto as **Exhibit 47** is a true and accurate copy of the Order Regarding: 04/17/2017 263.00 Motion to Reopen Judgment and Extend the Sale Date (Dkt. 263.02), dated May 15, 2017.

51. Attached hereto as **Exhibit 48** is a true and accurate copy of the Motion to Open Judgment (Dkt. 277.00), dated June 26, 2017.

52. Attached hereto as **Exhibit 49** is a true and accurate copy of the Motion to Dismiss Because Plaintiff Cannot Produce an Original Signature Copy of the Promissory Note Securing the Mortgage of the Defendant's Realty (Dkt. 278.00), dated June 26, 2017.

53. Attached hereto as **Exhibit 50** is a true and accurate copy of the Amended Motion to Dismiss Because Plaintiff Cannot Produce an Original Signature Copy of the Promissory Note Securing the Mortgage of the Defendant's Realty (Dkt. 279.00), dated June 30, 2017.

54. Attached hereto as **Exhibit 51** is a true and accurate copy of the Application for Issuance of Subpoena (Dkt. 283), dated July 7, 2017.

55. Attached hereto as **Exhibit 52** is a true and accurate copy of the Subpoena to Christopher Picard (Dkt. 284), dated July 7, 2017.

56. Attached hereto as **Exhibit 53** is a true and accurate copy of the July 10, 2017 Hearing Transcript.

57. Attached hereto as **Exhibit 54** is a true and accurate copy of the Order Regarding 06/26/2017 277.00 Motion to Open Judgment (Dkt. 277.01), dated July 10, 2017.

58. Attached hereto as **Exhibit 55** is a true and accurate copy of the Order Regarding: 06/26/2017 278.00 Motion To Dismiss PB 10-30 (Dkt. 278.01), dated July 10, 2017.

59. Attached hereto as **Exhibit 56** is a true and accurate copy of the Application for Issuance of Subpoena (Dkt. 285.00), dated July 13, 2017.

60. Attached hereto as **Exhibit 57** is a true and accurate copy of the State of Connecticut, Appellate Court Docket, *U.S. Bank National v. Elizabeth P. Conrad, et al.*, case number AC 40688, available at https://www.jud.ct.gov/index.asp (last visited November 21, 2019).

61. Attached hereto as **Exhibit 58** is a true and accurate copy of the State of Connecticut, Supreme Court Docket, *U.S. Bank National v. Elizabeth P. Conrad, et al.*, case number SC 180502, available at https://www.jud.ct.gov/index.asp (last visited November 21, 2019).

62. Attached hereto as **Exhibit 59** is a true and accurate copy of the State of Connecticut, Supreme Court Docket, *U.S. Bank National v. Elizabeth P. Conrad, et al.*, case number SC 190191, available at https://www.jud.ct.gov/index.asp (last visited November 21, 2019).


63. Attached hereto as **Exhibit 60** is a true and accurate copy of the Order on Petition for Certification to Appeal filed in SC 190191, dated October 22, 2019.

*[signature]*

Lynn Percy, Paralegal
Seyfarth Shaw, LLP
Two Seaport Lane, Boston, MA 02210

COMMONWEALTH OF MASSACHUSETTS  )
                                ) ss.: Suffolk
COUNTY OF SUFFOLK               )

Before me on this 25th day of November, 2019, personally appeared Lynn Percy, Paralegal of Seyfarth Shaw, LLP, who subscribed and swore to the truth of the foregoing before me.

*[signature]*

Notary Public
My Commission Expires: 12/23/22

Respectfully submitted,

**U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORP., HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-EMX8**,

By its attorney,

 */s/ David M. Bizar*
David M. Bizar (ct20444)
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Telecopier: (617) 946-4801
dbizar@seyfarth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2019, a copy of the foregoing document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system. A copy was also sent by first class mail, postage prepaid, on this date to counsel for all parties of record, as follows:

John W. Conrad
58 Weed Hill Avenue
Stamford, CT  06907

*/s/ David M. Bizar*
David  M. Bizar

9