Exhibit 1

# Exhibit 1






Superior Court Case Look-up
Civil/Family
Housing
Small Claims

Attorney/Firm Juris Number Look-up

Case Look-up
By Party Name
By Docket Number
By Attorney/Firm Juris Number
By Property Address

Short Calendar Look-up
By Court Location
By Attorney/Firm Juris Number
Motion to Seal or Close
Calendar Notices

Court Events Look-up
By Date
By Docket Number
By Attorney/Firm Juris Number

Pending Foreclosure Sales

Understanding
Display of Case Information

Contact Us



Comments

**FST-CV08-5008432-S** US BANK NATIONAL v. CONRAD,ELIZABETH P Et Al

**Prefix/Suffix:** [none] **Case Type:** P00 **File Date:** 08/15/2008 **Return Date:** 09/02/2008

Case Detail | Notices | History | Scheduled Court Dates | E-Services Login | Screen Section Help

Pending Foreclosure Sales

To receive an email when there is activity on this case, click here.

**Information Updated as of:** 11/21/2019

**Case Information**

**Case Type:** P00 - Property - Foreclosure
**Court Location:** STAMFORD JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 11/14/2019 (The "last action date" is the date the information was entered in the system)

**Disposition Information**

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

**Party & Appearance Information**

| Party | | No Fee Party | Category |
|---|---|---|---|
| **P-01 US BANK NATIONAL ASSOCIATION**<br>**Attorney:** MCCALLA RAYMER LEIBERT PIERCE LLC (101589)<br>50 WESTON STREET<br>HARTFORD, CT 06120<br>**Attorney:** DAVID BIZAR (417452)<br>SEYFARTH SHAW LLP<br>2 SEAPORT LA, SUITE 300<br>BOSTON, MA 022102028 | File Date: 08/15/2008<br><br><br><br>File Date: 08/03/2017 | | Plaintiff |
| **P-02 COMMITTEE**<br>**Attorney:** DAVID J MARANTZ (309904)<br>60 LONG RIDGE ROAD<br>SUITE 200<br>STAMFORD, CT 069021838 | File Date: 01/20/2009 | | Plaintiff |
| **D-50 ELIZABETH P CONRAD**<br>**Self-Rep:** 58 WEED HILL AVE.<br>STAMFORD, CT 06907 | File Date: 05/18/2016 | | Defendant |
| **D-51 JOHN W CONRAD**<br>**Attorney:** MARK SANK & ASSOCIATES LLC (421741)<br>666 GLENBROOK ROAD<br>STAMFORD, CT 06906 | File Date: 09/04/2015 | | Defendant |
| **D-52 UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE**<br>**Attorney:** UNITED STATES ATTORNEY (065028)<br>DISTRICT OF CONNECTICUT<br>157 CHURCH ST 25TH FL<br>NEW HAVEN, CT 06510 | File Date: 09/03/2008 | | Defendant |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an e in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.
- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*
- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*
- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

**Motions / Pleadings / Documents / Case Status**

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 08/15/2008 | P | **SUMMONS** | |
| | 08/15/2008 | P | **COMPLAINT** | |
| | 08/15/2008 | P | **RETURN OF SERVICE** | |
| | 11/01/2010 | D | **APPEARANCE**<br>Appearance | |
| | 07/20/2012 | D | **APPEARANCE**<br>Appearance | |
| | 07/23/2012 | D | **APPEARANCE**<br>Appearance | |
| | 02/01/2013 | D | **APPEARANCE**<br>Appearance | |
| | 01/21/2014 | | **APPEARANCE** | |
| | 05/22/2014 | | **RETURNED MAIL** | |
| | 09/17/2014 | | **APPEARANCE**<br>John Conrad | |
| | 09/17/2014 | | **APPEARANCE**<br>Elizabeth Conrad | |
| | 10/03/2014 | D | **APPEARANCE**<br>Appearance | |
| | 05/28/2015 | D | **APPEARANCE**<br>Appearance | |
| | 09/04/2015 | D | **APPEARANCE**<br>Appearance | |
| | 09/04/2015 | D | **APPEARANCE**<br>Appearance | |
| | 12/11/2015 | D | **APPEARANCE**<br>Appearance | |
| | 12/11/2015 | D | **APPEARANCE**<br>Appearance | |
| | 05/18/2016 | | **APPEARANCE**<br>Elizabeth Conrad | |
| | 08/03/2017 | P | **APPEARANCE**<br>Appearance | |
| 101.00 | 08/15/2008 | C | **FORECLOSURE MEDIATION – ELIGIBLE CASE (NO DOCUMENT)** | No |
| 102.00 | 08/15/2008 | P | **FORECLOSURE MEDIATION PLAINTIFF'S COMPLIANCE WITH SERVICE (NO DOCUMENT)** | No |
| 103.00 | 09/03/2008 | D | **DISCLOSURE OF NO DEFENSE** | No |
| 104.00 | 09/16/2008 | D | **FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108**<br>*RESULT:* Order 9/19/2008 BY THE CLERK | No |
| 105.00 | 10/03/2008 | C | **FORECLOSURE MEDIATOR'S REPORT** | No |
| 106.00 | 11/01/2008 | C | **FORECLOSURE MEDIATION TIME PERIOD EXPIRED** | No |
| 107.00 | 12/12/2008 | P | **MOTION FOR DEFAULT-FAILURE TO PLEAD**<br>*RESULT:* Granted 1/8/2009 BY THE CLERK | No |
| 108.00 | 12/12/2008 | P | **DEMAND FOR DISCLOSURE OF DEFENSE** | No |
| 109.00 | 12/12/2008 | P | **MOTION FOR DEFAULT FOR FAILURE TO DISCLOSE DEFENSE**<br>*RESULT:* Granted 1/12/2009 HON DOUGLAS MINTZ | No |
| 110.00 | 12/12/2008 | P | **MOTION FOR JUDGMENT-STRICT FORECLOSURE**<br>*RESULT:* Order 1/12/2009 HON DOUGLAS MINTZ | Yes |

| | | | | |
|---|---|---|---|---|
| 111.00 | 12/17/2008 | D | **OBJECTION** | No |
| 112.00 | 01/12/2009 | P | **STATEMENT** | No |
| 113.00 | 01/12/2009 | P | **AFFIDAVIT** | No |
| 114.00 | 01/12/2009 | P | **AFFIDAVIT** | No |
| 115.00 | 01/12/2009 | P | **STATEMENT** | No |
| 116.00 | 01/12/2009 | P | **STATEMENT** | No |
| 117.00 | 01/12/2009 | P | **STATEMENT** | No |
| 118.00 | 01/12/2009 | P | **AFFIDAVIT** | No |
| 119.00 | 01/12/2009 | | **JUDGMENT WITHOUT TRIAL-GENERAL**<br>*RESULT:* 1/12/2009 HON DOUGLAS MINTZ | No |
| 120.10 | 03/16/2009 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Denied 3/23/2009 HON DOUGLAS MINTZ | No |
| 121.10 | 03/16/2009 | D | **FORECLOSURE MEDIATION REQUEST/CERTIFICATE JD-CV-108**<br>*RESULT:* Order 3/16/2009 HON DOUGLAS MINTZ | No |
| 122.00 | 03/17/2009 | D | **MOTION TO OPEN JUDGMENT**<br>*RESULT:* Granted 3/23/2009 HON DOUGLAS MINTZ | No |
| 123.00 | 03/20/2009 | P | **APPRAISAL** | No |
| 124.00 | 03/30/2009 | P | **APPRAISAL** | No |
| 125.00 | 03/30/2009 | P | **MOTION FOR ALLOWANCE**<br>*RESULT:* Order 4/16/2009 HON ALFRED JENNINGS | No |
| 126.00 | 06/04/2009 | P | **MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE**<br>*RESULT:* Granted 6/15/2009 HON DOUGLAS MINTZ | Yes |
| 127.00 | 06/17/2009 | P | **MOTION TO AWARD INTERIM COMMITTEE FEE/EXPENSES**<br>*RESULT:* Order 6/29/2009 HON DOUGLAS MINTZ | No |
| 128.00 | 09/23/2009 | D | **MOTION TO OPEN JUDGMENT**<br>*RESULT:* Granted 10/13/2009 HON DOUGLAS MINTZ | No |
| 129.00 | 11/17/2009 | D | **MOTION TO OPEN JUDGMENT**<br>*RESULT:* Granted 12/7/2009 HON DOUGLAS MINTZ | No |
| 130.00 | 02/16/2010 | P | **MOTION TO OPEN AND VACATE JUDGMENT**<br>*RESULT:* Granted 3/1/2010 HON DOUGLAS MINTZ | No |
| 130.86 | 03/01/2010 | C | **ORDER**<br>*RESULT:* Granted 3/1/2010 HON DOUGLAS MINTZ | No |
| 130.87 | 03/01/2010 | C | **ORDER**<br>*RESULT:* Granted 3/1/2010 HON DOUGLAS MINTZ | No |
| 131.00 | 02/18/2010 | P | **MOTION FOR APPROVAL OF COMMITTEE SALE/DEED/REPORT/FEES AND EXPENSES/APPRAISER'S FEES JD-CV-99**<br>Motion for Allowance of Interim Committee Fee<br>*RESULT:* Order 3/5/2010 HON DOUGLAS MINTZ | No |
| 131.86 | 03/05/2010 | C | **ORDER**<br>*RESULT:* Order 3/5/2010 HON DOUGLAS MINTZ | No |
| 132.00 | 04/13/2010 | P | **MOTION FOR JUDGMENT-STRICT FORECLOSURE**<br>*RESULT:* Order 10/15/2012 HON DOUGLAS MINTZ | Yes |
| 132.86 | 10/12/2010 | C | **ORDER**<br>*RESULT:* Order 10/12/2010 HON DOUGLAS MINTZ | No |
| 132.87 | 07/23/2012 | C | **ORDER**<br>*RESULT:* Order 7/23/2012 HON DOUGLAS MINTZ | No |
| 132.88 | 09/05/2012 | C | **ORDER**<br>*RESULT:* Order 9/5/2012 HON DOUGLAS MINTZ | No |
| 132.89 | 10/15/2012 | C | **ORDER**<br>*RESULT:* Order 10/15/2012 HON DOUGLAS MINTZ | No |
| 133.00 | 04/13/2010 | P | **APPRAISAL** | No |
| 134.00 | 04/20/2010 | D | **OBJECTION TO MOTION**<br>FOR STRICT FORECLOSURE | No |
| 135.00 | 07/30/2010 | C | **FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED** | No |
| 136.00 | 10/06/2010 | P | **NOTICE OF BANKRUPTCY**<br>NOTICE OF RELIEF FROM STAY FROM BANKRUPTCY | No |
| 137.00 | 10/06/2010 | P | **WITHDRAWAL OF MOTION**<br>NOTICE OF RELEIF FROM STAY FROM BANKRUPTCY | No |

| | | | | |
|---|---|---|---|---|
| 138.00 | 10/06/2010 | P | **DOCUMENT SEALED** | No |
| 139.00 | 10/06/2010 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 140.00 | 10/06/2010 | P | **AFFIDAVIT OF DEBT** | No |
| 141.00 | 10/06/2010 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 142.00 | 11/03/2010 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96**<br>*RESULT:* Continuance 11/22/2010 HON DOUGLAS MINTZ | No |
| 142.86 | 11/16/2010 | C | **ORDER**<br>*RESULT:* Off 11/16/2010 HON DOUGLAS MINTZ | No |
| 142.87 | 11/22/2010 | C | **ORDER**<br>*RESULT:* Off 11/22/2010 HON DOUGLAS MINTZ | No |
| 142.88 | 12/13/2010 | C | **ORDER**<br>*RESULT:* Denied 12/13/2010 HON DOUGLAS MINTZ | No |
| 143.00 | 11/12/2010 | P | **OBJECTION TO MOTION**<br>to Extend Mediation<br>*RESULT:* Continuance 11/22/2010 HON DOUGLAS MINTZ | No |
| 143.86 | 11/16/2010 | C | **ORDER**<br>*RESULT:* Off 11/16/2010 HON DOUGLAS MINTZ | No |
| 143.87 | 11/22/2010 | C | **ORDER**<br>*RESULT:* Off 11/22/2010 HON DOUGLAS MINTZ | No |
| 143.88 | 12/13/2010 | C | **ORDER**<br>*RESULT:* Sustained 12/13/2010 HON DOUGLAS MINTZ | No |
| 144.00 | 12/29/2010 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION OF MEDIATION PERIODJD-CV-96** | No |
| 144.86 | 01/18/2011 | C | **ORDER**<br>*RESULT:* Denied 1/18/2011 HON DOUGLAS MINTZ | No |
| 145.00 | 01/03/2011 | P | **FORECLOSURE MEDIATION - OBJECTION JD-CV-95** | No |
| 145.86 | 01/18/2011 | C | **ORDER**<br>*RESULT:* Sustained 1/18/2011 HON DOUGLAS MINTZ | No |
| 146.00 | 02/14/2011 | P | **FORECLOSURE MEDIATION - OBJECTION JD-CV-95** | No |
| 146.86 | 03/01/2011 | C | **ORDER**<br>*RESULT:* Sustained 3/1/2011 HON DOUGLAS MINTZ | No |
| 147.00 | 07/08/2011 | P | **AFFIDAVIT FEDERAL LOSS MITIGATION PROGRAMS (JD-CL-114)** | No |
| 148.00 | 05/09/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 149.00 | 05/09/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 150.00 | 05/09/2012 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 151.00 | 05/09/2012 | P | **APPRAISAL** | No |
| 152.00 | 05/24/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 153.00 | 05/24/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 154.00 | 07/18/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 155.00 | 07/18/2012 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 156.00 | 07/18/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 157.00 | 07/20/2012 | P | **APPRAISAL** | No |
| 158.00 | 07/20/2012 | D | **OBJECTION TO MOTION**<br>FOR JUDGMENT OF FORECLOSURE | No |
| 159.00 | 08/03/2012 | D | **BRIEF**<br>IN FURTHER SUPPORT OF OBJ TO MOT FOR JUDGMENT | No |
| 160.00 | 08/17/2012 | P | **REPLY MEMORANDUM**<br>to Defendants Objection to Motion for Strict Forec | No |
| 161.00 | 08/23/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 162.00 | 08/23/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 163.00 | 08/31/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 164.00 | 08/31/2012 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 165.00 | 08/31/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 166.00 | 09/04/2012 | D | **BRIEF**<br>Sur-Reply in Further Supp of Obj to Mot for Jdgmnt | No |

| | | | | |
|---|---|---|---|---|
| 167.00 | 10/04/2012 | P | **REPLY MEMORANDUM** | No |
| 168.00 | 10/11/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 169.00 | 10/11/2012 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 170.00 | 10/11/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 171.00 | 10/25/2012 | P | **AFFIDAVIT OF DEBT** | No |
| 172.00 | 10/25/2012 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 173.00 | 10/25/2012 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 174.00 | 09/26/2013 | P | **APPRAISAL** | No |
| 175.00 | 09/26/2013 | P | **AFFIDAVIT OF DEBT** | No |
| 176.00 | 09/26/2013 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 177.00 | 09/26/2013 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 178.00 | 09/27/2013 | P | **MILITARY AFFIDAVIT** | No |
| 179.00 | 12/02/2013 | C | **ORDER**<br>*RESULT:* Order 12/2/2013 HON KEVIN TIERNEY | No |
| 180.00 | 02/27/2014 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Granted 2/27/2014 HON KEVIN TIERNEY | No |
| 180.86 | 02/27/2014 | C | **ORDER**<br>*RESULT:* Granted 2/27/2014 HON KEVIN TIERNEY | No |
| 181.00 | 05/06/2014 | P | **APPRAISAL** | No |
| 182.00 | 05/06/2014 | P | **MILITARY AFFIDAVIT** | No |
| 183.00 | 05/06/2014 | P | **AFFIDAVIT OF DEBT** | No |
| 184.00 | 05/06/2014 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 185.00 | 05/06/2014 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 186.00 | 05/07/2014 | C | **ORDER**<br>*RESULT:* Order 5/7/2014 HON DOUGLAS MINTZ | No |
| 187.00 | 06/10/2014 | C | **FORECLOSURE MEDIATOR’S PREMEDIATION REPORT** | No |
| 188.00 | 07/24/2014 | P | **MOTION FOR CONTINUANCE**<br>*RESULT:* Order 7/25/2014 HON DOUGLAS MINTZ | No |
| 188.86 | 07/25/2014 | C | **ORDER**<br>*RESULT:* Order 7/25/2014 HON DOUGLAS MINTZ | No |
| 189.00 | 09/18/2014 | D | **MOTION TO OPEN JUDGMENT**<br>Elizabeth P. Conrad<br>*RESULT:* Denied 9/29/2014 HON DOUGLAS MINTZ | No |
| 189.86 | 09/29/2014 | C | **ORDER**<br>*RESULT:* Denied 9/29/2014 HON DOUGLAS MINTZ | No |
| 190.00 | 10/03/2014 | D | **NOTICE OF BANKRUPTCY** | No |
| 191.00 | 10/03/2014 | P | **APPRAISAL** | No |
| 192.00 | 10/03/2014 | P | **OATH OF APPRAISERS** | No |
| 193.00 | 09/30/2014 | C | **FORECLOSURE MEDIATOR'S FINAL REPORT - MEDIATION PERIOD TERMINATED** | No |
| 194.00 | 12/05/2014 | C | **WITHDRAWAL OF MOTION** | No |
| 195.00 | 05/07/2014 | C | **TRANSCRIPT** | No |
| 196.00 | 01/12/2015 | P | **MOTION - SEE FILE**<br>Motion for Committee Costs Only | No |
| 196.01 | 03/17/2015 | C | **ORDER**<br>*RESULT:* Off 3/17/2015 HON DOUGLAS MINTZ | No |
| 197.00 | 04/08/2015 | P | **MOTION TO OPEN JUDGMENT**<br>*RESULT:* Granted 1/29/2016 HON DOUGLAS MINTZ | No |
| 197.01 | 08/24/2015 | C | **ORDER**<br>*RESULT:* Order 8/24/2015 HON DOUGLAS MINTZ | No |
| 197.02 | 09/08/2015 | C | **ORDER**<br>*RESULT:* Order 9/8/2015 HON DONNA HELLER | No |
| 197.03 | 01/29/2016 | C | **ORDER**<br>*RESULT:* Granted 1/29/2016 HON DOUGLAS MINTZ | No |
| 197.04 | 01/29/2016 | C | **ORDER**<br>*RESULT:* Granted 1/29/2016 HON DOUGLAS MINTZ | No |

| | | | | |
|---|---|---|---|---|
| 198.00 | 04/13/2015 | P | **MOTION TO AWARD INTERIM COMMITTEE FEE/EXPENSES** | No |
| 198.01 | 04/28/2015 | C | **ORDER**<br>*RESULT:* Order 4/28/2015 HON DOUGLAS MINTZ | No |
| 199.00 | 05/15/2015 | C | **FORECLOSURE MEDIATOR'S REPORT** | No |
| 200.00 | 05/19/2015 | P | **MOTION FOR ORDER**<br>Termination of Mediation | No |
| 200.01 | 06/02/2015 | C | **ORDER**<br>*RESULT:* Order 6/2/2015 HON DOUGLAS MINTZ | No |
| 201.00 | 05/19/2015 | P | **CASEFLOW REQUEST (JD-CV-116)** | No |
| 202.00 | 05/28/2015 | D | **FORECLOSURE MEDIATION - MOTION FOR MODIFICATION TO SHORTEN MEDIATION PERIOD JD-CV-96**<br>*RESULT:* Order 6/2/2015 HON DOUGLAS MINTZ | No |
| 202.01 | 06/02/2015 | C | **ORDER**<br>*RESULT:* Order 6/2/2015 HON DOUGLAS MINTZ | No |
| 203.00 | 05/28/2015 | D | **CASEFLOW REQUEST (JD-CV-116)** | No |
| 204.00 | 05/28/2015 | C | **FORECLOSURE MEDIATION TIME PERIOD EXPIRED** | No |
| 205.00 | 08/19/2015 | P | **APPRAISAL** | No |
| 206.00 | 08/20/2015 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 207.00 | 08/20/2015 | P | **MILITARY AFFIDAVIT** | No |
| 208.00 | 08/20/2015 | P | **AFFIDAVIT OF DEBT** | No |
| 209.00 | 08/20/2015 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 210.00 | 08/20/2015 | P | **WITHDRAWAL OF MOTION** | No |
| 211.00 | 08/20/2015 | P | **AFFIDAVIT OF DEBT** | No |
| 212.00 | 08/24/2015 | D | **NOTICE** | No |
| 213.00 | 09/03/2015 | P | **MILITARY AFFIDAVIT** | No |
| 214.00 | 09/03/2015 | P | **AFFIDAVIT OF DEBT** | No |
| 215.00 | 09/03/2015 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 216.00 | 09/03/2015 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES**<br>bk | No |
| 217.00 | 09/04/2015 | P | **APPRAISAL** | No |
| 218.00 | 09/10/2015 | P | **MILITARY AFFIDAVIT** | No |
| 219.00 | 09/10/2015 | P | **AFFIDAVIT OF DEBT** | No |
| 220.00 | 09/10/2015 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES**<br>BK | No |
| 221.00 | 09/14/2015 | D | **MOTION TO DISMISS PB 10-30**<br>*RESULT:* Denied 1/29/2016 HON DOUGLAS MINTZ | Yes |
| 221.01 | 11/02/2015 | C | **ORDER**<br>*RESULT:* Order 11/2/2015 HON DOUGLAS MINTZ | No |
| 221.02 | 01/29/2016 | C | **ORDER**<br>*RESULT:* Denied 1/29/2016 HON DOUGLAS MINTZ | No |
| 222.00 | 11/04/2015 | P | **MOTION FOR PROTECTIVE ORDER PB 13-5**<br>*RESULT:* Order 12/7/2015 HON DOUGLAS MINTZ | No |
| 222.01 | 11/16/2015 | C | **ORDER**<br>*RESULT:* Off 11/16/2015 HON DOUGLAS MINTZ | No |
| 222.02 | 12/07/2015 | C | **ORDER**<br>*RESULT:* Order 12/7/2015 HON DOUGLAS MINTZ | No |
| 223.00 | 11/04/2015 | P | **MOTION FOR ORDER**<br>for Enforcement of Settlement Agreement | No |
| 224.00 | 11/16/2015 | D | **OBJECTION TO MOTION**<br>Defendants' Objection to Plaintiff's Motion for Protective Order<br>*RESULT:* Order 12/7/2015 HON DOUGLAS MINTZ | No |
| 224.01 | 11/16/2015 | C | **ORDER**<br>*RESULT:* Off 11/16/2015 HON DOUGLAS MINTZ | No |
| 224.02 | 12/07/2015 | C | **ORDER**<br>*RESULT:* Order 12/7/2015 HON DOUGLAS MINTZ | No |
| 225.00 | 12/03/2015 | C | **ORDER**<br>*RESULT:* Order 12/3/2015 HON KEVIN TIERNEY | No |

| | | | | |
|---|---|---|---|---|
| 226.00 | 01/21/2016 | P | **OBJECTION**<br>to Motion to Dismiss<br>*RESULT:* Sustained 1/29/2016 HON DOUGLAS MINTZ | No |
| 226.01 | 01/29/2016 | C | **ORDER**<br>*RESULT:* Sustained 1/29/2016 HON DOUGLAS MINTZ | No |
| 227.00 | 01/28/2016 | P | **APPRAISAL** | No |
| 228.00 | 01/28/2016 | P | **MILITARY AFFIDAVIT** | No |
| 229.00 | 01/28/2016 | P | **AFFIDAVIT OF DEBT** | No |
| 230.00 | 01/28/2016 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 231.00 | 01/29/2016 | C | **ORDER**<br>*RESULT:* Order 1/29/2016 HON DOUGLAS MINTZ | No |
| 232.00 | 02/01/2016 | C | **REPLACE RECORD TO PLEADING STATUS (KEYPOINT 2) AND ERASE ALL HIGHER KEYPOINT DATES** | No |
| 233.00 | 05/05/2016 | D | **MOTION FOR WAIVER**<br>*RESULT:* Order 5/6/2016 HON DOUGLAS MINTZ | No |
| 234.00 | 05/05/2016 | D | **MOTION TO OPEN JUDGMENT**<br>*RESULT:* Denied 6/3/2016 HON DOUGLAS MINTZ | No |
| 234.01 | 05/23/2016 | C | **ORDER**<br>*RESULT:* Continuance 5/23/2016 HON DOUGLAS MINTZ | No |
| 234.02 | 05/31/2016 | C | **ORDER**<br>*RESULT:* Denied 5/31/2016 HON DOUGLAS MINTZ | No |
| 234.03 | 06/03/2016 | C | **ORDER**<br>*RESULT:* Denied 6/3/2016 HON DOUGLAS MINTZ | No |
| 235.00 | 05/18/2016 | P | **OBJECTION TO MOTION**<br>to Open and Extend Sale Date | No |
| 236.00 | 05/20/2016 | P | **APPRAISAL** | No |
| 237.00 | 06/02/2016 | P | **MOTION TO PRECLUDE EXPERT TESTIMONY**<br>*RESULT:* Off 6/3/2016 HON DOUGLAS MINTZ | No |
| 237.01 | 06/03/2016 | C | **ORDER**<br>*RESULT:* Off 6/3/2016 HON DOUGLAS MINTZ | No |
| 238.00 | 06/03/2016 | O | **NOTICE OF BANKRUPTCY**<br>CONRAD,ELIZABETH | No |
| 239.00 | 09/16/2016 | P | **MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE**<br>*RESULT:* Granted 10/31/2016 HON DOUGLAS MINTZ | Yes |
| 239.01 | 10/11/2016 | C | **ORDER**<br>*RESULT:* Continuance 10/11/2016 HON DOUGLAS MINTZ | No |
| 239.02 | 10/31/2016 | C | **ORDER**<br>*RESULT:* Granted 10/31/2016 HON DOUGLAS MINTZ | No |
| 239.55 | 10/31/2016 | C | **JUDGMENT OF FORECLOSURE BY SALE** | No |
| 240.00 | 09/29/2016 | D | **MOTION FOR CONTINUANCE**<br>CONRAD,ELIZABETH | No |
| 241.00 | 10/06/2016 | P | **APPRAISAL** | No |
| 242.00 | 10/06/2016 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 243.00 | 10/06/2016 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 244.00 | 10/07/2016 | P | **FORECLOSURE WORKSHEET JD-CV-77**<br>Corrected | No |
| 245.00 | 10/07/2016 | P | **AFFIDAVIT OF DEBT** | No |
| 246.00 | 10/07/2016 | D | **MOTION FOR CONTINUANCE** | No |
| 246.01 | 10/11/2016 | C | **ORDER**<br>*RESULT:* Off 10/11/2016 HON DOUGLAS MINTZ | No |
| 247.00 | 10/07/2016 | P | **OBJECTION TO MOTION**<br>Objection to Motion for Continuance 246.00 | No |
| 248.00 | 10/07/2016 | P | **FORECLOSURE WORKSHEET JD-CV-77**<br>Updated | No |
| 249.00 | 10/07/2016 | P | **AFFIDAVIT THAT PARTY IS IN BANKRUPTCY**<br>Updated | No |
| 250.00 | 10/07/2016 | P | **WITHDRAWAL OF MOTION**<br>249.00 - incorrect motion filed | No |
| 251.00 | 10/07/2016 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |

| | | | | |
|---|---|---|---|---|
| | | | Updated | |
| 252.00 | 10/11/2016 | P | **MILITARY AFFIDAVIT** | No |
| 253.00 | 10/26/2016 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 254.00 | 10/26/2016 | P | **MILITARY AFFIDAVIT** | No |
| 255.00 | 10/26/2016 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 256.00 | 10/28/2016 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Denied 10/31/2016 HON DOUGLAS MINTZ | No |
| 256.01 | 10/31/2016 | C | **ORDER**<br>*RESULT:* Denied 10/31/2016 HON DOUGLAS MINTZ | No |
| 257.00 | 11/10/2016 | D | **ORDER** | No |
| 258.00 | 11/22/2016 | P | **NOTICE OF BANKRUPTCY**<br>AFFIDAVIT OF BANKRUPTCY | No |
| 259.00 | 01/03/2017 | P | **NOTICE OF RELIEF FROM STAY** | No |
| 260.00 | 02/10/2017 | P | **APPRAISAL** | No |
| 261.00 | 02/21/2017 | D | **MOTION TO DISMISS**<br>Elizabeth P. Conrad<br>*RESULT:* Denied 5/15/2017 HON DOUGLAS MINTZ | Yes |
| 261.01 | 05/15/2017 | C | **ORDER**<br>*RESULT:* Denied 5/15/2017 HON DOUGLAS MINTZ | No |
| 262.00 | 03/24/2017 | P | **AFFIDAVIT THAT PARTY IS IN BANKRUPTCY** | No |
| 263.00 | 04/17/2017 | P | **MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE**<br>MOTION TO REOPEN JUDGMENT AND SET NEW SALE DATE<br>*RESULT:* Granted 5/15/2017 HON DOUGLAS MINTZ | Yes |
| 263.01 | 05/08/2017 | C | **ORDER**<br>*RESULT:* Off 5/8/2017 HON DOUGLAS MINTZ | No |
| 263.02 | 05/15/2017 | C | **ORDER**<br>*RESULT:* Granted 5/15/2017 HON DOUGLAS MINTZ | No |
| 264.00 | 04/17/2017 | P | **MOTION TO AWARD INTERIM COMMITTEE FEE/EXPENSES**<br>*RESULT:* Order 5/1/2017 HON DOUGLAS MINTZ | No |
| 264.01 | 05/01/2017 | C | **ORDER**<br>*RESULT:* Order 5/1/2017 HON DOUGLAS MINTZ | No |
| 265.00 | 04/20/2017 | P | **MOTION TO AWARD INTERIM COMMITTEE FEE/EXPENSES**<br>Foreclosure Sale of 6/4/2016 | No |
| 266.00 | 04/21/2017 | P | **MOTION TO AWARD INTERIM COMMITTEE FEE/EXPENSES**<br>Sale of 6/4/16 - Revised & Corrected<br>*RESULT:* Order 6/5/2017 HON DOUGLAS MINTZ | No |
| 266.01 | 06/05/2017 | C | **ORDER**<br>*RESULT:* Order 6/5/2017 HON DOUGLAS MINTZ | No |
| 267.00 | 04/27/2017 | P | **NOTICE OF RELIEF FROM STAY**<br>Notice of Bankruptcy Dismissal | No |
| 268.00 | 05/04/2017 | P | **MILITARY AFFIDAVIT** | No |
| 269.00 | 05/04/2017 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 270.00 | 05/04/2017 | P | **APPRAISAL** | No |
| 271.00 | 05/04/2017 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 272.00 | 05/04/2017 | P | **AFFIDAVIT OF DEBT** | No |
| 273.00 | 05/10/2017 | P | **FORECLOSURE WORKSHEET JD-CV-77** | No |
| 274.00 | 05/10/2017 | P | **MILITARY AFFIDAVIT** | No |
| 275.00 | 05/10/2017 | P | **AFFIDAVIT RE: ATTORNEY/COUNSEL FEES** | No |
| 276.00 | 06/08/2017 | D | **REQUEST** | No |
| 277.00 | 06/26/2017 | D | **MOTION TO OPEN JUDGMENT**<br>*RESULT:* Order 7/10/2017 HON KEVIN TIERNEY | No |
| 277.01 | 07/10/2017 | C | **ORDER**<br>*RESULT:* Order 7/10/2017 HON KEVIN TIERNEY | No |
| 278.00 | 06/26/2017 | D | **MOTION TO DISMISS PB 10-30**<br>*RESULT:* Denied 7/10/2017 HON KEVIN TIERNEY | Yes |
| 278.01 | 07/10/2017 | C | **ORDER**<br>*RESULT:* Denied 7/10/2017 HON KEVIN TIERNEY | No |

| | | | | |
|---|---|---|---|---|
| 279.00 | 06/30/2017 | D | **AMENDMENT**<br>*RESULT:* Denied 7/10/2017 HON KEVIN TIERNEY | No |
| 279.01 | 07/10/2017 | C | **ORDER**<br>*RESULT:* Denied 7/10/2017 HON KEVIN TIERNEY | No |
| 280.00 | 07/06/2017 | D | **MOTION FOR CONTINUANCE**<br>*RESULT:* Denied 7/10/2017 HON KEVIN TIERNEY | No |
| 280.01 | 07/10/2017 | C | **ORDER**<br>*RESULT:* Denied 7/10/2017 HON KEVIN TIERNEY | No |
| 281.00 | 07/07/2017 | P | **OBJECTION TO MOTION**<br>for Continuance | No |
| 282.00 | 07/07/2017 | P | **MOTION TO PRECLUDE EXPERT TESTIMONY** | No |
| 283.00 | 07/07/2017 | D | **APPLICATION FOR ISSUANCE OF SUBPOENA BY SELF-REP PARTY - PB SEC 7-19**<br>*RESULT:* Granted 7/7/2017 HON DOUGLAS MINTZ | No |
| 284.00 | 07/07/2017 | C | **SUBPOENA ISSUED** | No |
| 285.00 | 07/13/2017 | D | **APPLICATION FOR ISSUANCE OF SUBPOENA BY SELF-REP PARTY - PB SEC 7-19**<br>*RESULT:* Denied 7/14/2017 HON KEVIN TIERNEY | No |
| 286.00 | 07/18/2017 | D | **MOTION FOR SUMMARY JUDGMENT** | Yes |
| 287.00 | 07/21/2017 | P | **APPRAISAL**<br>7-18-17 | No |
| 288.00 | 07/28/2017 | D | **APPEAL TO APPELLATE COURT ALL FEES PAID**<br>CONRAD,ELIZABETH | No |
| 289.00 | 08/11/2017 | P | **MOTION TO AWARD INTERIM COMMITTEE FEE/EXPENSES**<br>Foreclosure Sale of 8/5/17<br>*RESULT:* Granted 9/20/2017 HON KEVIN RANDOLPH | No |
| 289.01 | 09/20/2017 | C | **ORDER**<br>*RESULT:* Granted 9/20/2017 HON KEVIN RANDOLPH | No |
| 290.00 | 05/07/2019 | C | **APPELLATE COURT DECISION ERROR - FURTHER PROCEEDINGS**<br>appellate court<br>*RESULT:* BY THE COURT | No |
| 291.00 | 05/24/2019 | D | **MOTION FOR WAIVER**<br>*RESULT:* Granted 5/24/2019 HON ROBERT GENUARIO | No |
| 292.00 | 07/29/2019 | D | **PETITION FOR CERTIFICATION** | No |
| 293.00 | 09/03/2019 | D | **PETITION FOR CERTIFICATION**<br>*RESULT:* Denied 10/22/2019 BY THE COURT | No |
| 293.02 | 10/22/2019 | C | **ORDER** | No |
| 294.00 | 09/12/2019 | P | **MOTION FOR JUDGMENT IN ACCORDANCE WITH OPINION OF APPELLATE COURT**<br>*RESULT:* Order 10/28/2019 HON CHARLES LEE | No |
| 294.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Order 10/28/2019 HON CHARLES LEE | No |
| 295.00 | 09/12/2019 | P | **MOTION FOR TERMINATION OF STAY OF PROCEEDINGS**<br>*RESULT:* Granted 10/28/2019 HON CHARLES LEE | No |
| 295.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Granted 10/28/2019 HON CHARLES LEE | No |
| 296.00 | 09/26/2019 | D | **OBJECTION**<br>Objecting to 295.00 Motion for Termination of Stay<br>*RESULT:* Overruled 10/28/2019 HON CHARLES LEE | No |
| 296.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Overruled 10/28/2019 HON CHARLES LEE | No |
| 297.00 | 09/23/2019 | D | **OBJECTION**<br>*RESULT:* Overruled 10/28/2019 HON CHARLES LEE | No |
| 297.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Overruled 10/28/2019 HON CHARLES LEE | No |
| 298.00 | 10/10/2019 | D | **MOTION FOR CONTINUANCE**<br>motin for continuance for one week<br>*RESULT:* Granted 10/11/2019 HON ROBERT GENUARIO | No |
| 298.01 | 10/11/2019 | C | **ORDER**<br>*RESULT:* Granted 10/11/2019 HON ROBERT GENUARIO | No |
| 299.00 | 10/18/2019 | D | **MOTION FOR JUDGMENT IN ACCORDANCE WITH STIPULATION**<br>motion to dismiss stipulation judgment | No |

| | | | | |
|---|---|---|---|---|
| | | | *RESULT:* Off 11/12/2019 HON CHARLES LEE | |
| 299.01 | 11/12/2019 | C | **ORDER** ! NEW<br>*RESULT:* Off 11/12/2019 HON CHARLES LEE | No |
| 300.00 | 10/21/2019 | D | **MOTION TO DISMISS PB 10-30**<br>motion to dismiss stipulated judgment<br>*RESULT:* Denied 10/28/2019 HON CHARLES LEE | Yes |
| 300.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Denied 10/28/2019 HON CHARLES LEE | No |
| 301.00 | 10/21/2019 | D | **MOTION TO DISMISS PB 10-30**<br>*RESULT:* Denied 10/28/2019 HON CHARLES LEE | Yes |
| 301.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Denied 10/28/2019 HON CHARLES LEE | No |
| 302.00 | 10/21/2019 | C | **ORDER**<br>*RESULT:* Continuance 10/21/2019 HON A MOTTOLESE | No |
| 303.00 | 10/25/2019 | P | **OBJECTION TO MOTION**<br>Docket Nos 300 and 301<br>*RESULT:* Sustained 10/28/2019 HON CHARLES LEE | No |
| 303.01 | 10/28/2019 | C | **ORDER**<br>*RESULT:* Sustained 10/28/2019 HON CHARLES LEE | No |
| 304.00 | 10/25/2019 | P | **EXHIBITS**<br>2009 Transcript | No |
| 305.00 | 10/25/2019 | P | **EXHIBITS**<br>2017 Transcript | No |
| 306.00 | 11/01/2019 | D | **MOTION FOR CONTINUANCE**<br>motion for continuance for Monday, November 4, 2019<br>*RESULT:* Order 11/1/2019 HON ROBERT GENUARIO | No |
| 306.01 | 11/01/2019 | C | **ORDER**<br>*RESULT:* Order 11/1/2019 HON ROBERT GENUARIO | No |

**Scheduled Court Dates as of 11/20/2019**

**FST-CV08-5008432-S - US BANK NATIONAL v. CONRAD,ELIZABETH P Et Al**

| # | Date | Time | Event Description | Status |
|---|---|---|---|---|
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil or family standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.

This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2019, State of Connecticut Judicial Branch

Page Created on 11/21/2019 at 12:30:05 PM