# Exhibit 2

| | |
|---|---|
| **RETURN DATE: SEPTEMBER 02, 2008** | : SUPERIOR COURT |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE** | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| **VS:** | : AT STAMFORD |
| **ELIZABETH P. CONRAD, ET. AL** | : AUGUST 12, 2008 |

### COMPLAINT

1. The Plaintiff, US Bank National Association as Trustee has an office and place of business with an address of 3476 State View, Ft. Mill, SC 29715.

2. At all times complained of herein, the Defendant(s), Elizabeth P. Conrad and John W. Conrad, owned real property situated in the Town of Stamford, County of Fairfield and State of Connecticut known as 58 Weed Hill Avenue, (hereinafter the "Property") being more particularly described in Schedule A attached hereto and made a part hereof.

3. On or about July 21, 2006, the Defendant(s), Elizabeth P. Conrad, executed and delivered to Mortgage Lenders Network USA, Inc., a Note (the "Note") for a loan in the original principal amount of $460,000.00.

4. On said date to secure said Note the Defendant(s), Elizabeth P. Conrad and John W. Conrad, did execute and deliver to Mortgage Electronic Registration Systems, Inc. as Nominee for Mortgage Lenders Network USA, Inc., a Mortgage on the Property. Said Mortgage was dated July 21, 2006 and recorded July 26, 2006 in Volume 8649 at Page 11 of the Stamford Land Records. . Said Mortgage was assigned to US Bank National Association as Trustee by virtue of an Assignment of Mortgage to be recorded on the Stamford Land Records. The Plaintiff, US Bank National Association as Trustee, is the holder of said Note and Mortgage

5. Said Note is in default and the Plaintiff, US Bank National Association as Trustee as the holder of said Mortgage and Note has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

03349-02255

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

6. The Plaintiff has provided written notice in accordance with the Note and Mortgage to the Defendant(s) of the default under the Note and Mortgage, but said Defendant(s) have failed and neglected to cure the default. The Plaintiff has elected to accelerate the balance due on said Note, to declare said Note to be due in full and to foreclose the Mortgage securing said Note.

7. The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are prior in right to the Mortgage herein:

   a. The Town/City of Stamford may claim an interest in the Property by virtue of inchoate liens for real estate taxes on the Grand Lists of October 1, 2002 and thereafter.

   b. City of Stamford claims an interest in the Property by virtue of a Tax Lien in the amount of $3,260.17 dated May 06, 1997 and recorded on May 06, 1997 in Volume 5000 at Page 132 of the Stamford Land Records.

   c. City of Stamford claims an interest in the Property by virtue of a Tax Lien in the amount of $55.75 dated June 12, 2007 and recorded on June 12, 2007 in Volume 9026 at Page 184 of the Stamford Land Records.

   d. City of Stamford claims an interest in the Property by virtue of a Tax Lien in the amount of $1,972.36 dated June 06, 2008 and recorded on June 09, 2008 in Volume 9367 at Page 40 of the Stamford Land Records.

8. The following liens or encumbrances claim to have an interest in the Property which liens or encumbrances are subsequent in right to the Mortgage herein:

   a. The Defendant, United States of America, Internal Revenue Services, claims an interest in the Property by virtue of a Federal Tax Lien filed by United States of America, Internal Revenue Service in the amount of $6,879.70 dated August 17, 2007 and recorded on August 28, 2007 in Volume 9128 at Page 127 of the Stamford Land Records. Said Lien was filed against Elizabeth P. Conrad, whose address is shown as 58 Weed Hill Avenue, Stamford, CT 06907 for Form 668YC assessed on July 24, 2006for the period ending October 25, 2016.

9. The Defendant(s) Elizabeth P. Conrad and John W. Conrad, are the owners of the equity of redemption of the Property and, on information and belief, are in possession of the Property.

10. The Plaintiff, US Bank National Association as Trustee, has further caused a Lis Pendens to be recorded on the Land Records of the Town of Stamford. A copy of said Lis Pendens is attached hereto as Exhibit A.

11. The Plaintiff, US Bank National Association as Trustee, has further caused a notice to be given to the Defendant(s), Elizabeth P. Conrad and John W. Conrad, of their rights pursuant to the Statutes pertaining to unemployment and underemployment by annexing to this Writ, Summons and Complaint a copy of the notice provided for in said Statute.

03349-02255

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589

WHEREFORE, the plaintiff claims:

1. Foreclosure of the Mortgage;
2. Possession of the Property;
3. Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);
4. A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
5. Interest (unless same has been precluded by virtue of a Bankruptcy filing);
6. Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);
7. Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
8. Such other and further relief as the Court may deem just and equitable.

Notice is hereby given to the Defendant(s) that the Plaintiff intends to seek satisfaction of any judgment rendered in its favor in this action out of any debt accruing to said Defendant(s) by reason of their personal services, (unless same has been precluded by virtue of a Bankruptcy filing).

Dated at Hartford, Connecticut on August 12, 2008.

Plaintiff

By_____ BEN STASKIEWICZ
Hunt Leibert Jacobson, P.C.
Its Attorneys

| | |
|---|---|
| **RETURN DATE: SEPTEMBER 02, 2008** | : SUPERIOR COURT |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE** | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| **VS:** | : AT STAMFORD |
| **ELIZABETH P. CONRAD, ET. AL** | : AUGUST 12, 2008 |

## STATEMENT OF AMOUNT IN DEMAND

The amount, legal interest, or property in demand is not less than $15,000.00, exclusive of interest and costs.

Plaintiff

By_____ BEN STASKIEWICZ
Hunt Leibert Jacobson, P.C.
Its Attorneys

03349-02255

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

| | |
|---|---|
| RETURN DATE: SEPTEMBER 02, 2008 | : SUPERIOR COURT |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE | : JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| VS: | : AT STAMFORD |
| ELIZABETH P. CONRAD, ET. AL | : AUGUST 12, 2008 |

## NOTICE TO HOMEOWNER

If you are a homeowner, under the terms of Conn. Gen. Stat. Section 49-31d, et seq., you are hereby given notice that under those statutes, if you are UNEMPLOYED or UNDER-EMPLOYED you may make application to the Court to which this matter is returnable for relief from foreclosure. You may qualify for relief under those statutes if:

YOU ARE UNEMPLOYED OR UNDER-EMPLOYED, HAVE (FOR A CONTINUOUS PERIOD OF AT LEAST TWO YEARS PRIOR TO THE COMMENCEMENT OF THIS FORECLOSURE ACTION) OWNED AND OCCUPIED THE PROPERTY BEING FORECLOSED AS YOUR PRINCIPAL RESIDENCE AND HAVE NOT RECEIVED AN EMERGENCY MORTGAGE ASSISTANCE LOAN AND HAVE NOT APPLIED FOR EMERGENCY MORTGAGE ASSISTANCE FOR TWO YEARS BEFORE THE APPLICATION UNDER P.A. 93-414. YOU MAY BE ENTITLED TO CERTAIN RELIEF UNDER THESE STATUTES. <u>YOU SHOULD CONSULT AN ATTORNEY TO DETERMINE YOUR RIGHTS UNDER THOSE STATUTES</u>.

In order to qualify for relief under those statutes, you must make application for protection from foreclosure within <u>25 DAYS</u> of the return date.

03349-02255

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

# SCHEDULE A

ALL THAT CERTAIN piece, parcel or tract of land with the buildings thereon, situated in the City of Stamford, County of Fairfield and State of Connecticut, bounded and described as follows:

NORTHERLY:   52 feet by Weed Hill Avenue;
EASTERLY:    156 feet by Elmer Street;
SOUTHERLY:   51.98 feet by land now or formerly of William Osika; and
WESTERLY:    157.48 feet by land now or formerly of John Doherty and Kathleen Doherty.

Said premises are known and designated as Lot No. 15 on a certain map entitled, Map Showing a Portion of the Property Owned by William H. Weed, Jr., Springdale, Conn., which map is on file in the office of the Town Clerk of Stamford as Map No. 436, excepting from the above described premises so much as was taken by the City of Stamford in the Layout of Weed Hill Avenue.

# EXHIBIT A

| | |
|---|---|
| **RETURN DATE: SEPTEMBER 02, 2008** | : **SUPERIOR COURT** |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE** | : **JUDICIAL DISTRICT OF STAMFORD/NORWALK** |
| **VS:** | : **AT STAMFORD** |
| **ELIZABETH P. CONRAD, ET. AL** | : **AUGUST 12, 2008** |

## LIS PENDENS

Notice is hereby given of the pendency of a civil action between the above-named Plaintiff and against Elizabeth P. Conrad, John W. Conrad, United States of America, Internal Revenue Service, by Writ dated August 12, 2008, and made returnable to the Superior Court for the Judicial District of Stamford/Norwalk at Stamford on September 02, 2008, which action is brought, inter alia, to foreclose a certain mortgage from the Defendant(s), Elizabeth P. Conrad and John W. Conrad, to Mortgage Electronic Registration Systems, Inc. as Nominee for Mortgage Lenders Network USA, Inc., which mortgage was dated July 21, 2006 and recorded July 26, 2006 in Volume 8649 at Page 11 of the Stamford Land Records. . Said Mortgage was assigned to US Bank National Association as Trustee by virtue of an Assignment of Mortgage to be recorded on the Stamford Land Records.

In said action, the following items are claimed:

1. Foreclosure of the Mortgage;
2. Possession of the Property;
3. Money damages against the makers of, or obligors on, the Note described herein and/or their Estates, if deceased, (unless same has been precluded by virtue of a Bankruptcy filing);
4. A reasonable attorney's fee (unless same has been precluded by virtue of a Bankruptcy filing);
5. Interest (unless same has been precluded by virtue of a Bankruptcy filing);

03349-02255        HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET   ●   HARTFORD, CONNECTICUT 06120   ●   (860) 808-0606   ●   JURIS NO. 101589

6. Costs of suit (unless same has been precluded by virtue of a Bankruptcy filing);
7. Deficiency Judgment against the makers of, or obligors on, the Note described herein, and/or their Estate, if deceased (unless same has been precluded by virtue of a Bankruptcy filing); and
8. Such other and further relief as the Court may deem just and equitable.

The property the plaintiff seeks an interest in and to is located in the Town of Stamford, County of Fairfield and State of Connecticut, and is known as 58 Weed Hill Avenue, Stamford, Connecticut, and is more particularly bounded and described as set forth in Schedule A attached hereto.

Dated at Hartford, Connecticut on August 12, 2008

Plaintiff

By_____//_____BEN STASKIEWICZ

Hunt Leibert Jacobson, P.C.
Its Attorneys

03349-02255

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

# SCHEDULE A

ALL THAT CERTAIN piece, parcel or tract of land with the buildings thereon, situated in the City of Stamford, County of Fairfield and State of Connecticut, bounded and described as follows:

| | |
|---|---|
| NORTHERLY: | 52 feet by Weed Hill Avenue; |
| EASTERLY: | 156 feet by Elmer Street; |
| SOUTHERLY: | 51.98 feet by land now or formerly of William Osika; and |
| WESTERLY: | 157.48 feet by land now or formerly of John Doherty and Kathleen Doherty. |

Said premises are known and designated as Lot No. 15 on a certain map entitled, Map Showing a Portion of the Property Owned by William N. Weed, Jr., Springdale, Conn., which map is on file in the office of the Town Clerk of Stamford as Map No. 436, excepting from the above described premises so much as was taken by the City of Stamford in the Layout of Weed Hill Avenue.

«Our_File_»

HUNT LEIBERT JACOBSON, P.C. ● ATTORNEYS AT LAW
50 WESTON STREET ● HARTFORD, CONNECTICUT 06120 ● (860) 808-0606 ● JURIS NO. 101589