**Exhibit 3**

# Exhibit 3

| | |
|---|---|
| DOCKET NO.: FST-CV-08-5008432-S | : SUPERIOR COURT |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE | : JUDICIAL DISTRICT OF : STAMFORD/NORWALK |
| V. | : AT STAMFORD |
| ELIZABETH P. CONRAD, ET AL. | : |

## AFFIDAVIT OF DEBT

I, Derek K. Majka, being over the age of eighteen years and understanding the obligations of an oath, hereby depose and say:

1. Affiant is Vice President Loan Documentation, of Wells Fargo Bank, N.A., (hereinafter "Wells Fargo") as Servicing Agent for Plaintiff. In the regular performance of my job functions, I am familiar with business records maintained by Wells Fargo for the purpose of servicing mortgage loans. These records (which include data compilations, electronically imaged documents, and others) are made at or near the time by, or from information provided by, persons with knowledge of the activity and transactions reflected in such records, and are made and kept in the course of business activity conducted regularly by Wells Fargo. It is the regular practice of Wells Fargo's mortgage servicing business to make these records. In connection with making this affidavit, I have acquired knowledge of the matters stated herein by examining these business records.

2. This is an action to foreclose a mortgage securing a debt owed by Elizabeth P Conrad which is evidenced by a Promissory Note (the "Note") dated 07/21/2006 in the original principal amount of $460,000.00 (the "Loan").

3. U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8 is in possession of the Note. The Note is duly indorsed to U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2006-EMX8.

The amount due the Plaintiff on said Note through 05/02/2017 is $879,239.56 which breaks down as follows:

| | |
|---|---|
| Principal | $457,820.63 |
| Interest | $366,480.10 |

from 03/01/2008 to 07/31/2008 @ 8.700%

from 08/01/2008 to 01/31/2009 @ 9.250%

from 02/01/2009 to 05/02/2017 @ 8.700%

| | |
|---|---|
| Pre-acceleration Late Charges | $172.12 |
| Hazard Insurance Disbursements | $11,460.00 |
| Tax Disbursements | $42,689.21 |
| Property Inspections/Preservation | $932.50 |
| PMI\MIP Insurance | $0.00 |
| Other    (specify charges/fees) | $0.00 |
| Escrow Balance Credit | $0.00 |
| Credits to Borrower | $315.00 |
| Total | $879,239.56 |

Per diem interest in the amount of $109.12 will accrue on the principal from 05/02/2017 and thereafter in accordance with the Note

4. I am informed and believe that there are no setoffs or counterclaims presently pending in the above-entitled action.

*[signature]*

Derek K Majka-Vice President Loan Documentation
Wells Fargo Bank, NA
05/04/17

State of South Carolina    )
County of York             )

Sworn and subscribed before me on this __4th__ day of __May__, 2017.

*Wanda M. Morris*
Notary Public for South Carolina

Commission Expires __01/20/2026__

**WANDA M. MORRIS**
NOTARY PUBLIC, STATE OF SOUTH CAROLINA
My Commission Expires 1/20/2026

# MRLP
### McCalla Raymer Leibert Pierce, LLC

50 Weston Street
Hartford, CT 06120
T. (860) 808-0606
www.mccalla.com

ATLANTA
BIRMINGHAM
CHICAGO
FT. LAUDERDALE
HARTFORD
OXFORD
ORLANDO
PANAMA CITY
TAMPA

May 4, 2017

MARK SANK & ASSOCIATES LLC
666 GLENBROOK ROAD
STAMFORD, CT 06906

Elizabeth Conrad
58 Weed Hill Ave
Stamford, CT 06902

DAVID J MARANTZ
60 LONG RIDGE ROAD
SUITE 200
STAMFORD, CT 06902

U. S. Attorney District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510

Re:   US BANK NATIONAL ASSOCIATION AS TRUSTEE v. ELIZABETH P. CONRAD, ET AL.
       Docket No.:   FST-CV-08-5008432-S

Dear MARK SANK & ASSOCIATES LLC, Elizabeth Conrad, U. S. Attorney District of Connecticut, David J. Marantz:

Enclosed please find a copy of the Affidavit of Debt filed in connection with the above action.

Very truly yours,

MCCALLA RAYMER LEIBERT PIERCE, LLC

By:   Lauren K. Odell
       Legal Assistant

**HUNT LEIBERT JACOBSON, PC and McCalla Raymer Pierce, LLC combined Firms to form the Firm McCalla Raymer Leibert Pierce, LLC**

**PURSUANT TO FEDERAL LAW, THIS LAW FIRM IS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS COMMUNICATION IS NOT AN ATTEMPT TO COLLECT THE DEBT AGAINST YOU PERSONALLY, BUT IS NOTICE OF A POSSIBLE ENFORCEMENT OF THE LIEN AGAINST THE COLLATERAL PROPERTY.**

**Please note that the State of Connecticut has established the Telecommunication Device for the Deaf (TDD/TTY) phone number of 711 or 1-800-842-9710 for use by hearing-impaired and speech-impaired individuals in Connecticut.**