# Exhibit 4

| | |
|---|---|
| **DOCKET NO. FST-CV-08-5008432-S** | **: SUPERIOR COURT** |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE** | **: JUDICIAL DISTRICT OF STAMFORD/NORWALK** |
| **V.** | **: AT STAMFORD** |
| **ELIZABETH P. CONRAD**, *ET AL.* | **: DECEMBER 12, 2008** |

### MOTION FOR DEFAULT FOR FAILURE TO DISCLOSE DEFENSE

Pursuant to Sec. 13-19 of the Connecticut Practice Book (1998), the Plaintiff moves that a default be entered against the following Defendant(s), United States of America, Internal Revenue Service for failure to disclose a defense pursuant to its Disclosure of No Defense dated September 3, 2008.

Plaintiff

By_____426251_____
Andrew Barsom
Hunt Leibert Jacobson, P.C.
50 Weston Street
Hartford, CT 06120
(860) 808-0606
Its Attorneys
Juris No. 101589

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

THIS LAW FIRM IS A DEBT COLLECTOR.  ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

## **ORDER**

The foregoing Motion having been presented to the Court, after hearing had, it is hereby ORDERED:

        GRANTED / DENIED.

        BY THE COURT

        _____
        Judge / Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed on December 12, 2008 to all counsel and pro se parties of record, as follows:

Elizabeth P. Conrad
58 Weed Hill Avenue
Stamford, CT 06907

John W. Conrad
58 Weed Hill Avenue
Stamford, CT 06907

U. S. Attorney
District of Connecticut
157 Church Street , 23 Floor
New Haven , CT 06510

_____426251_____
Andrew Barsom

