**Exhibit 5**

# Exhibit 5

| | |
|---|---|
| **DOCKET NO. FST-CV-08-5008432-S** | **: SUPERIOR COURT** |
| **US BANK NATIONAL ASSOCIATION AS TRUSTEE** | **: JUDICIAL DISTRICT OF STAMFORD/NORWALK** |
| **V.** | **: AT STAMFORD** |
| **ELIZABETH P. CONRAD*, ET AL.*** | **: DECEMBER 12, 2008** |

<u>**MOTION FOR JUDGMENT OF STRICT FORECLOSURE**</u>
<u>**AND FINDING OF ENTITLEMENT OF POSSESSION**</u>

The Plaintiff hereby moves that a Judgment of Strict Foreclosure enter in this action and that the Court make a finding that the Plaintiff is entitled to possession of the subject premises upon title to the subject premises vesting in the Plaintiff.

Pursuant to Sec. 23-17 of the Connecticut Practice Book (1998) law days should be assigned to the parties to the action in the inverse order of their priority, as follows:

| | |
|---|---|
| 1st Law Day: | Elizabeth P. Conrad and John W. Conrad |
| 2nd Law Day | United States of America, Internal Revenue Service |

Plaintiff

By_____426251_____
Andrew Barsom, Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, Ct. 06120
(860) 808-0606
Juris No. 101589

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

THIS LAW FIRM IS A DEBT COLLECTOR.  ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**PRELIMINARY STATEMENT OF DEBT**

Pursuant to Sec. 23-18(b) of the Connecticut Practice Book (1998), the following is a preliminary statement of the Plaintiff's monetary claim calculated as of December 15, 2008:

Principal balance of $457,820.63, together with accrued interest in the amount of $32591.20 calculated from March 01, 2008 at the rate of 8.700% per annum, plus late charges of $688.48, escrow advances for taxes and insurance of $4131.18 and corporate advances of $60.00 plus counsel fees and court costs.

                                                  _____426251_____
                                                  Andrew Barsom

## **ORDER**

The foregoing Motion for Judgment of Strict Foreclosure having been presented to this Court, it is hereby GRANTED / DENIED.  In accordance with the order of law days hereinabove set forth, the first law day shall be _____ with subsequent days to each party in the order set forth.

                                                                    BY THE COURT

                                                                    _____
                                                                    (Asst.) Clerk

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion and Appraisal (P.B. Sec. 23-16) was mailed on December 12, 2008 to all counsel and pro se parties of record, as follows:

Elizabeth P. Conrad
58 Weed Hill Avenue
Stamford, CT 06907

John W. Conrad
58 Weed Hill Avenue
Stamford, CT 06907

U. S. Attorney
District of Connecticut
157 Church Street , 23 Floor
New Haven , CT 06510

_____426251_____
Andrew             Barsom,             Esq.