**Exhibit 6**

# Exhibit 6

| | | |
|---|---|---|
| **DOCKET NO. FST-CV-08-5008432-S** | : | **SUPERIOR COURT** |
| **US Bank National Association as Trustee** | : | **JUDICIAL DISTRICT OF Stamford/Norwalk** |
| **V.** | : | **AT Stamford** |
| **Elizabeth P. Conrad, *ET AL.*** | : | **June 03, 2009** |

## MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE

The Plaintiff in the above-entitled action moves that the Court open the judgment of foreclosure by sale entered in this action on March 23, 2009 for purpose of extending the Sale Date. In support of this motion, Plaintiff represents the following:

1. A judgment of foreclosure by sale was entered in this action on March 23, 2009 with the sale date scheduled for June 20, 2009.

2. The Plaintiff requests this Court to open the judgment as the parties need more time to review loss mitigation options.

3. The Committee and the Appraiser have been notified of this Motion.

WHEREFORE, the Plaintiff prays this Court to open the Judgment of foreclosure by sale for purpose of extending the Sale Date to November 14, 2009.

                              Plaintiff

                              By___417736_____
                                 Benjamin T. Staskiewicz
                                 Hunt Leibert Jacobson, P.C.
                                 Its Attorneys
                                 50 Weston Street
                                 Hartford, Ct. 06120
                                 (860) 808-0606
                                 Juris No. 101589

## **ORDER**

The foregoing having been heard, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge / Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on June 03, 2009 to the following:

Elizabeth P. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

John W. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

U. S. Attorney , District of Connecticut
157 Church Street , 23 Floor
New Haven , CT 06510

David J. Marantz, Committee of Sale
60 Long Ridge Road, Suite 200
Stamford , CT 06902

Benjamin Mickelson, Appraiser
Mitchell, Maxwell & Jackson
165 W. Putnum Avenue- 2nd Floor
Greenwich , CT 06830

\_\_\_417736_____
Benjamin T. Staskiewicz
Commissioner of the Superior Court