**Exhibit 7**

# Exhibit 7

| | |
|---|---|
| **DOCKET NO. FST-CV-08-5008432-S** | : SUPERIOR COURT |
| **US Bank National Association as Trustee** | : JUDICIAL DISTRICT OF |
| | Stamford/Norwalk |
| **V.** | : AT Stamford |
| **Elizabeth P. Conrad**, *ET AL.* | : February 16, 2010 |

### MOTION TO OPEN AND VACATE JUDGMENT

The Plaintiff in the above-entitled action moves that the Court open the judgment of Foreclosure By Sale entered in this action on December 07, 2009 for the purpose of vacating the Judgment. In support of this motion, Plaintiff represents the following:

1. A judgment of foreclosure by sale was entered in this action on December 07, 2009 setting a sale date of March 27, 2010.

2. The Plaintiff requests this Court to open the judgment for the purpose of allowing the Plaintiff more time to review the defendant borrower(s) for any loss mitigation options as a potential alternative resolution to this foreclosure action.

WHEREFORE, the Plaintiff prays this Court to open the Judgment of Foreclosure By Sale for the purpose of vacating the Judgment.

                Plaintiff

                By__/426251/_____
                  Andrew Barsom
                  Hunt Leibert Jacobson, P.C.
                  Its Attorneys
                  50 Weston Street
                  Hartford, Ct. 06120
                  (860) 808-0606
                  Juris No. 101589

## **ORDER**

The foregoing having been heard, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge / Clerk

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on February 16, 2010 to the following:

Elizabeth P. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

John W. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

U. S. Attorney
District of Connecticut
157 Church Street , 23 Floor
New Haven , CT 06510

David J. Marantz, Committee
60 Long Ridge Road, Suite 200
Stamford,  CT 06902


___/426251/_____
Andrew Barsom
Commissioner of the Superior Court