# Exhibit 8

| DOCKET NO. FST-CV-08-5008432-S | : | SUPERIOR COURT |
| --- | --- | --- |
| US BANK NATIONAL ASSOCIATION AS TRUSTEE | : | JUDICIAL DISTRICT OF STAMFORD/NORWALK |
| V. | : | AT STAMFORD |
| ELIZABETH P. CONRAD, *ET AL.* | : | APRIL 13, 2010 |

## MOTION FOR JUDGMENT OF STRICT FORECLOSURE
## AND FINDING OF ENTITLEMENT OF POSSESSION

The Plaintiff hereby moves that a Judgment of Strict Foreclosure enter in this action and that the Court make a finding that the Plaintiff is entitled to possession of the subject premises upon title to the subject premises vesting in the Plaintiff.

Pursuant to Sec. 23-17 of the Connecticut Practice Book (1998) law days should be assigned to the parties to the action in the inverse order of their priority, as follows:

| 1st Law Day: | Elizabeth P. Conrad and John W. Conrad |
| --- | --- |
| 2nd Law Day | United States of America, Internal Revenue Service |

Plaintiff

By_____426251_____
Andrew Barsom, Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys
50 Weston Street
Hartford, Ct. 06120
(860) 808-0606
Juris No. 101589

ORAL ARGUMENT REQUESTED
TESTIMONY NOT REQUIRED

THIS LAW FIRM IS A DEBT COLLECTOR.  ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

**PRELIMINARY STATEMENT OF DEBT**

Pursuant to Sec. 23-18(b) of the Connecticut Practice Book (1998), the following is a preliminary statement of the Plaintiff's monetary claim calculated as of May 3, 2010:

Principal balance of $457,820.63, together with accrued interest in the amount of $87914.09 calculated from March 01, 2008 at the rate of 8.700% per annum, plus late charges of $688.48, escrow advances for taxes and insurance of $9783.44 and corporate advances of $7168.50 plus counsel fees and court costs.

_____426251_____
Andrew Barsom

## **ORDER**

      The foregoing Motion for Judgment of Strict Foreclosure having been presented to this Court, it is hereby GRANTED / DENIED.  In accordance with the order of law days hereinabove set forth, the first law day shall be _____ with subsequent days to each party in the order set forth.

                                              BY THE COURT

                                              _____
                                              (Asst.) Clerk

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion and Appraisal (P.B. Sec. 23-16) was mailed on April 13, 2010 to all counsel and pro se parties of record, as follows:

Elizabeth P. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

John W. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

U. S. Attorney
District of Connecticut
157 Church Street , 23 Floor
New Haven , CT 06510

David J. Marantz, Committee
60 Long Ridge Road, Suite 200
Stamford,  CT 06902

_____426251_____
Andrew          Barsom,           Esq.