# Exhibit 9

**FORECLOSURE MEDIATOR'S
FINAL REPORT**
JD-CV-90 New 7-08

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

COURT USE ONLY
FMFINAL

## Mediator's Final Report

| Name of Case | | Docket Number | Return Date |
|---|---|---|---|
| US BANK NATIONAL V. CONRAD, ELIZABETH P | | FSTCV085008432S | 9/2/2008 |
| Judicial District | Name of Mediator | | Date Final Mediation Held |
| Stamford | Ed O'Garro | | |

**The following is a report of the Mediation Session:**

☐ **Settled:**

  ☐ To be Withdrawn by _____ (Date)

  ☐ Stipulation for Judgment by _____ (Date)

☐ **Not Settled/Mediation Terminated:**

☒ Issues Resolved   Borrower offered loan modification. Show a surplus income to debt after modification of almost $700.00.

☐ Issues Not Resolved

☐ Referred

☐ Defendant declined Mediation Session

_____
Mediator's Signature

7/30/2010
Date

Please return court file to the Clerk's Office.

[PRINT]   [RESET]

135