Exhibit 10

# Exhibit 10

ORDER    407901

DOCKET NO: FSTCV085008432S

SUPERIOR COURT

US BANK NATIONAL ET AL
  V.
CONRAD,ELIZABETH P ET AL

JUDICIAL DISTRICT OF STAMFORD
   AT STAMFORD

10/12/2010


ORDER


ORDER REGARDING:
04/13/10 132.00 MOTION FOR JUDGMENT-STRICT FORECLOSURE


Judicial Notice (JDNO) was sent regarding this order.

The foregoing, having been heard by the Court, is hereby:

ORDER:


Case is referred to one mediation session which is to occur on or before October 29, 2010. Judgment can not go forward until the mediation session has occurred.

407901
_____

Judge: DOUGLAS C MINTZ
Processed by: Karen Lucien