# Exhibit 11

| | |
|---|---|
| **FORECLOSURE MEDIATION —** <br> **MOTION FOR PERMISSION TO** <br> **REQUEST MEDIATION LATER THAN** <br> **15 DAYS AFTER RETURN DATE OR** <br> **TO CHANGE MEDIATION PERIOD** <br> JD-CV-96 Rev. 8-09 <br> C.G.S. § 49-31k-n, P.A. 09-209 | **Instructions to person filing this form** <br> 1. Type or print legibly. <br> 2. Fill out section I or II of this form and file it with the court. <br> 3. An appearance form (JD-CL-12) must be filed with this form if an appearance has not already been filed with the court. | **STATE OF CONNECTICUT** <br> **SUPERIOR COURT** <br> www.jud.ct.gov |

| Name of Case (Plaintiff v. Defendant) | Docket Number |
|---|---|
| U. S. Bank, NA vs. Elizabeth Conrad, et al. | CV-08-5008432-S |
| **Judicial District of** | **Return Date** |
| Stamford | 9/2/2008 |

## I. Motion for Permission to file a Foreclosure Mediation Certificate later than 15 days after the return date:

I request permission to file the attached Foreclosure Mediation Certificate (JD-CV-108) for the following (good cause) reason:

PPMP

## II. Motion for Modification of Mediation Period:

I request that the mediation period be modified, as follows:

FMMOD

[X] Allow up to 30 more days for the mediation period to __11/22/10__ for the following (good cause) reason:
(Date)

**Defendant intends to establish sufficient income to permit loan modif. within said period** ___ or,

[ ] Shorten the mediation period to _____ for the following (good cause) reason:
(Date)

FMSHORT

| Signature of Person Submitting Motion | Print Name of Person Signing | Date Signed |
|---|---|---|
| /s/ | David L. Weiss, Esq. | 11/3/2010 |
| Address (Number, street, town, state, zip code) | | Telephone Number (with area code) |
| Cohen and Acampora, 8 Frontage Rd., East Haven, CT 06512 | | (203) 467-7337 |

## Certification

I certify that a copy of this Foreclosure Mediation Motion was mailed or delivered to all counsel and self-represented (pro se) parties of record on __11/3/2010__ .
(Date)

| Name of each party the Foreclosure Mediation Motion was mailed or delivered to* | Address where the Foreclosure Mediation Motion was mailed or delivered |
|---|---|
| Hunt, Leibert, et al. <br> David J. Marantz, Esq. <br> U. S. Attorney's Office <br> Elizabeth Conrad and John Conrad | 50 Weston St., Hartford, CT 06106 <br> 60 Long Ridge Rd., Suite 200, Stamford, CT 06902-1838 <br> 157 Church St., 23rd Floor, New Haven, CT 06510 <br> 58 Weed Hill Ave., Stamford, CT 06907 |
| Signed <br> /s/ | Telephone Number (with area code) <br> (203) 467-7337 |

## Order (For Court Use Only)

[ ] Granted until: _____     [ ] Denied

For Court Use Only
File date

| By the Court (Judge/Clerk) | Date |
|---|---|
| | |

*If needed, attach additional sheet with name of each party the Foreclosure Mediation Motion was mailed or delivered to and the address where it was mailed or delivered.