Exhibit 12

# Exhibit 12

|  |  |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   407901<br>SUPERIOR COURT |
| US BANK NATIONAL ET AL<br>  V.<br>CONRAD,ELIZABETH P ET AL | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br><br>12/13/2010 |

ORDER

ORDER REGARDING:
11/03/10 142.00 FORECLOSURE MEDIATION - MOTION    FOR MODIFICATION OF MEDIATION    PERIODJD-CV-96

Judicial Notice (JDNO) was sent regarding this order.

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

Case is referred to one mediation session which is to occur on or before December 30, 2010.

407901

Judge: DOUGLAS C MINTZ
Processed by: Karen Lucien