# Exhibit 13

| FORECLOSURE MEDIATION — OBJECTION<br>JD-CV-95 New 9-08<br>P.A. 08-176 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | FMOBJ  |
|---|---|---|

**Instructions to Person Objecting to Foreclosure Mediation or to a Motion, Pleading or Procedure in the Foreclosure Mediation Program**
1. *Type or print legibly.*
2. *Fill out and file the objection with the court.*

| Name of Case *(Plaintiff v. Defendant)*<br>US BANK NATIONAL v. CONRAD, ELIZABETH P ET AL | Docket Number<br>FST-CV08-5008432-S |
|---|---|
| Judicial District of<br>Stamford | Return Date |

## Objection to Case being included in the Foreclosure Mediation Program:

I object to the case named above being included in the Foreclosure Mediation Program for the reason(s) that (check all that apply):

- [ ] It is not a mortgage that is being foreclosed
- [ ] The property is not the primary residence of the mortgagor
- [ ] The property is not a one-to-four family residential property
- [ ] The property is not located in the State of Connecticut
- [ ] The defendant submitting the mediation request is not the borrower
- [x] Other _____

## Objection:

I object to the following pleading, request or procedure *(specify and provide reason(s))*:
**Borrowers do not have sufficient income to modify loan.**

*(If more space is needed, attach a separate sheet of paper.)*

| Signature of Person Submitting Objection | Print Name of Person Signing<br>**Christopher J Picard** | Date Signed<br>**11-11-2010** |
|---|---|---|
| Address *(Number, street, town, state, zip code)*<br>**50 Weston St, Hartford, CT 06120** | | Telephone Number *(with area code)*<br>**860-808-0606** |

## Certification

I certify that a copy of this Foreclosure Mediation Objection was mailed or delivered to all counsel and self-represented (pro se) parties of record on **11-11-2010**.
*(Date)*

| Name of each party the Foreclosure Mediation Objection was mailed or delivered to*<br>**See Attached** | Address where the Foreclosure Mediation Objection was mailed or delivered |
|---|---|
| Signed | Telephone Number *(with area code)*<br>**860-808-0606** |

### Order *(For Court Use Only)*

- [ ] Sustained
- [ ] Overruled

| For Court Use Only |
|---|
| File date |

| By the Court (Judge/Clerk) | Date |
|---|---|

*If needed, attach additional sheet with name of each party the Foreclosure Mediation Objection was mailed or delivered to and the address where it was mailed or delivered.

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on November 11, 2010 to the following:

Elizabeth P. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

John W. Conrad, Pro Se
58 Weed Hill Avenue
Stamford, CT 06907

U. S. Attorney
District of Connecticut
157 Church Street , 23 Floor
New Haven , CT 06510

David J. Marantz, Committee
60 Long Ridge Road, Suite 200
Stamford, CT 06902

COHEN & ACAMPORA(009972)
8 FRONTAGE ROAD
EAST HAVEN , CT 06512

_____
Christopher J Picard
Attorney for the Plaintiff

THIS LAW FIRM IS A DEBT COLLECTOR. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.