# Exhibit 14

| | |
|---|---|
| **FORECLOSURE MEDIATION —** <br> **MOTION FOR PERMISSION TO** <br> **REQUEST MEDIATION LATER THAN** <br> **15 DAYS AFTER RETURN DATE OR** <br> **TO CHANGE MEDIATION PERIOD** <br> JD-CV-96 Rev. 6-09 <br> C.G.S. § 49-31k-n, P.A. 09-209 | **Instructions to person filing this form** <br> 1. Type or print legibly. <br> 2. Fill out section I or II of this form and file it with the court. <br> 3. An appearance form (JD-CL-12) must be filed with this form if an appearance has not already been filed with the court. | **STATE OF CONNECTICUT** <br> **SUPERIOR COURT** <br> www.jud.ct.gov |

| Name of Case (Plaintiff v. Defendant) | Docket Number |
|---|---|
| U. S. Bank, NA vs. Elizabeth Conrad, et al. | CV-08-5008432-S |
| **Judicial District of** | **Return Date** |
| Stamford | 9/2/2008 |

**I. Motion for Permission to file a Foreclosure Mediation Certificate later than 15 days after the return date:**     PPMP

I request permission to file the attached Foreclosure Mediation Certificate (JD-CV-108) for the following (good cause) reason:

**II. Motion for Modification of Mediation Period:**     FMMOD

I request that the mediation period be modified, as follows:

[X] Allow up to 30 more days for the mediation period to **1/28/11** *(Date)* for the following (good cause) reason:

**Defendants have obtained additional sources of income which should permit loan modif. agreement** or,

[ ] Shorten the mediation period to _____ *(Date)* for the following (good cause) reason:     FMSHORT

| Signature of Person Submitting Motion | Print Name of Person Signing | Date Signed |
|---|---|---|
| *(signature)* | David L. Weiss, Esq. | 12/29/10 |
| **Address (Number, street, town, state, zip code)** | | **Telephone Number (with area code)** |
| Cohen and Acampora, 8 Frontage Rd., East Haven, CT 06512 | | (203) 467-7337 |

**Certification**

I certify that a copy of this Foreclosure Mediation Motion was mailed or delivered to all counsel and self-represented (pro se) parties of record on **12/29/10** *(Date)*.

| Name of each party the Foreclosure Mediation Motion was mailed or delivered to* | Address where the Foreclosure Mediation Motion was mailed or delivered |
|---|---|
| Hunt, Leibert, et al. | 50 Weston St., Hartford, CT 06106 |
| **Signed** *(signature)* | **Telephone Number (with area code)** <br> (203) 467-7337 |

**Order** *(For Court Use Only)*

[ ] Granted until: _____     [ ] Denied

For Court Use Only — File date

| By the Court (Judge/Clerk) | Date |
|---|---|

*If needed, attach additional sheet with name of each party the Foreclosure Mediation Motion was mailed or delivered to and the address where it was mailed or delivered.