# Exhibit 15

| | | |
|---|---|---|
| DOCKET NO: FSTCV085008432S | SUPERIOR COURT | ORDER  407901 |

US BANK NATIONAL ET AL
 V.
CONRAD,ELIZABETH P ET AL

JUDICIAL DISTRICT OF STAMFORD
   AT STAMFORD

1/18/2011

## ORDER

ORDER REGARDING:
12/29/10 144.00 FORECLOSURE MEDIATION - MOTION     FOR MODIFICATION OF MEDIATION      PERIODJD-CV-96

Judicial Notice (JDNO) was sent regarding this order.

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

Motion 144, Motion for Modification of Mediation Period is DENIED. However, case is referred to one mediation session which is to occur on or before January 28, 2011.

The plaintiff is not prevented from going forward to judgment before the mediation session occurs.

407901
_____

Judge: DOUGLAS C MINTZ
Processed by: Karen Lucien