# Exhibit 16

| FORECLOSURE MEDIATION — OBJECTION<br>JD-CV-95 New 9-08<br>P.A. 08-176 | STATE OF CONNECTICUT<br>SUPERIOR COURT<br>www.jud.ct.gov | FMOBJ |

**Instructions to Person Objecting to Foreclosure Mediation or to a Motion, Pleading or Procedure in the Foreclosure Mediation Program**
1. Type or print legibly.
2. Fill out and file the objection with the court.

| Name of Case (Plaintiff v. Defendant)<br>U.S. Bank National Association v. Elizabeth P. Conrad, et al. | Docket Number<br>FST-CV-08-5008432-S |
|---|---|
| Judicial District of<br>Stamford/Norwalk at Stamford | Return Date<br>9/2/2008 |

### Objection to Case being included in the Foreclosure Mediation Program:

I object to the case named above being included in the Foreclosure Mediation Program for the reason(s) that (check all that apply):

- [ ] It is not a mortgage that is being foreclosed
- [ ] The property is not the primary residence of the mortgagor
- [ ] The property is not a one-to-four family residential property
- [ ] The property is not located in the State of Connecticut
- [ ] The defendant submitting the mediation request is not the borrower
- [x] Other _____

### Objection:

I object to the following pleading, request or procedure *(specify and provide reason(s))*:

The plaintiff objects to this case being continued in mediation. Per Judge Mintz's order on 12/13/10, this matter was to be sent back for one final mediation session, which occurred on 12/28/10. The defendants were previously denied for a modification, due to a monthly deficit, and they have not submitted any current financials for review. Further mediation would be prejudicial towards the plaintiff, and the plaintiff thereby objects to further mediation.

(If more space is needed, attach a separate sheet of paper.)

| Signature of Person Submitting Objection<br>*/s/ Gregory J. Vetter/* | Print Name of Person Signing<br>Gregory J. Vetter, Esq. | Date Signed<br>12/31/2010 |
|---|---|---|
| Address (Number, street, town, state, zip code)<br>50 Weston Street, Hartford, CT 06120 | Telephone Number (with area code)<br>(860) 241-2827 | |

### Certification

I certify that a copy of this Foreclosure Mediation Objection was mailed or delivered to all counsel and self-represented (pro se) parties of record on __12/31/2010__ .
(Date)

| Name of each party the Foreclosure Mediation Objection was mailed or delivered to*<br>Cohen & Acampora<br>Elizabeth P. Conrad<br>John W. Conrad<br>U.S. Internal Revenue Service | Address where the Foreclosure Mediation Objection was mailed or delivered<br>8 Frontage Road, East Haven, CT 06512<br>58 Weed Hill Avenue, Stamford, CT 06907<br>58 Weed Hill Avenue, Stamford, CT 06907<br>District of CT, 157 Church St. 23rd Floor, New Haven, CT 06510 |
|---|---|
| Signed<br>*/s/ Gregory J. Vetter/* | Telephone Number (with area code)<br>(860) 241-2827 |

### Order *(For Court Use Only)*

- [ ] Sustained
- [ ] Overruled

**For Court Use Only**
File date

By the Court (Judge/Clerk) | Date

*If needed, attach additional sheet with name of each party the Foreclosure Mediation Objection was mailed or delivered to and the address where it was mailed or delivered.