Exhibit 20

# Exhibit 20

ORDER    407901

DOCKET NO: FSTCV085008432S                    SUPERIOR COURT

US BANK NATIONAL                              JUDICIAL DISTRICT OF STAMFORD
  V.                                              AT STAMFORD
CONRAD,ELIZABETH P Et Al

                                              5/7/2014

<u>ORDER</u>

The following order is entered in the above matter:

ORDER:

Wednesday, May 07, 2014

Notice of Judgment of Foreclosure by Sale (as opened and modified)
Property Address: 58 Weed Hill Avenue, Stamford, Connecticut 06907
10/13/2009- Additional attorney's fees in the amount of $100.00 is awarded to Hunt Leibert Jacobson,
P.C.
Plaintiff waives any deficiency. Defendant waives right to appeal. Pre-mediation to take place on or
after 6/9/14 but on or before 6/13/14.

Judgment of Foreclosure by Sale is hereby entered as follows:
Debt: $732,148.45
Attorney Fees: $5,550.00
Total: $737,698.45
Appraisal Fee:
Title Search Fee: $225.00
Fair Market Value: $405,000.00

The Sale Date is: Saturday, October 04, 2014
Terms of the Sale: 12:00 noon on the premises.
Deposit Amount: $40,500.00 Deposit to be paid by bank or certified check only.
Committee Appointed: David J. Marantz, 60 Long Ridge Road, Suite 200, Stamford, CT 06902
Ordered in accordance with the Statewide Standing Orders(JD-CV-79) and Uniform Procedures for
Foreclosure by Sale Matters(JD-CV-81).
Independent Appraiser: Ben Mickelson, 119 Spruce St, Greenwich, CT 06830
Return of Appraisal by: Wednesday, September 24, 2014
Deposit not required if Plaintiff is the successful bidder. The Plaintiff may submit a bid via fax.
No fees or expenses prior to: Wednesday, August 20, 2014
Sign to be posted no earlier than : Thursday, September 04, 2014
Sign to be posted no later than : Sunday, September 14, 2014

Publication in Stamford Advocate on: 9/26/2014, 10/3/2014
Ad to be posted on Judicial Website.
Plaintiff's Atty: HUNT LEIBERT JACOBSON PC, 50 WESTON STREET, HARTFORD, CT 06120
Copies sent Wednesday, May 07, 2014 to:
ELIZABETH P CONRAD; JOHN W CONRAD; HUNT LEIBERT JACOBSON PC; UNITED
STATES ATTORNEY; David J. Marantz (Committee); Ben Mickelson (Appraiser)

FSTCV085008432S    5/7/2014                                    Page 1 of 2

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Noel Haddock