# Exhibit 22

| | | |
|---|---|---|
| **FORECLOSURE MEDIATOR'S PREMEDIATION REPORT**<br>JD-CV-134 New. 8/13<br>C.G.S. ☐ 49-31l(c)(4) P.A. 13-136 | **STATE OF CONNECTICUT**<br>**SUPERIOR COURT**<br>www.jud.ct.gov | COURT USE ONLY<br>FMPRE  |

**Name of Case:** US BANK NATIONAL V. CONRAD, ELIZABETH P

**Docket Number:** FSTCV085008432S  **Return Date:** 9/2/2008  **Judicial District:** Stamford

**Name of Mediator:** Giovannii Salkey  **Date(s) of premediation meeting(s):** 6/10/2014

The following is a report of the premediation meeting(s):

1. Did the mortgagor(s) attend the scheduled meeting(s) with the mediator? ☒ Yes ☐ No
   Explain:

2. Did the mortgagor fully or substantially complete the forms and furnish the documentation requested by the mortgagee? ☒ Yes ☐ No
   Explain: Mortgagor will send additional documents discussed.

3. Did the mortgagee timely supply the forms, requested documentation and information:
   to the mediator? ☒ Yes ☐ No   Date Supplied 5/23/2014
   to the mortgagor(s)? ☒ Yes ☐ No   Date Supplied 5/23/2014

4. Other information relevant to the objectives of the mediation program:

☒ Mediation with the mortgagee will be scheduled.
☐ Mediation with the mortgagee will not be scheduled; mediation is terminated.

**Note:** *Any mortgagor wishing to contest such determination shall petition the court and show good cause for reinclusion in the mediation program, including, but not limited to, a material change in financial circumstances or a mistake or misunderstanding of the facts by the mediator.*

This report was delivered to all parties on: 6/10/14 (Date)

*/s/ Salkey*
Mediator's Signature

6/10/14 (Date)

187.00