**Exhibit 23**

# Exhibit 23

**MOTION FOR CONTINUANCE**
JD-CV-21 Rev. 2-13
C.G.S. § 52-196
P.B. § 14-23, 14-24

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

| COURT USE ONLY |
|---|
| **MFCSE** |

**Instructions To Person Making Motion**

*Fill out all sections of this form except the Order section and file it with the Clerk of the Court at least three (3) days before the date of the scheduled event.*

Docket number
**FST-CV-08-5008432-S**

Name of case *(Full name of Plaintiff v. Full name of Defendant)*
**US BANK NATIONAL  v. CONRAD,ELIZABETH P Et Al**

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number | Address of Court *(Number, street, town and zip code)* **123 HOYT STREET STAMFORD, CT 06905** |
|---|---|---|---|

| Date of Motion **Jul-24-2014** | Sequence Number on Short Calendar *(If applicable)* | Name of Judge Who Scheduled the Event this Continuance is Requested for *(If applicable)* |
|---|---|---|

| Date of Scheduled Event **Jul-25-2014** | Person Making Motion is: [X] Plaintiff's Attorney   [ ] Plaintiff   [ ] Defendant's Attorney   [ ] Defendant   [ ] Other |
|---|---|

| Firm Name, if Applicable **HUNT LEIBERT JACOBSON PC** | Address **50 WESTON STREET HARTFORD, CT 06120** | Phone Number (with area code) **8602411655** |
|---|---|---|

## Event For Which Continuance Is Requested: *("X" applicable box(es) and explain below)*

| [ ] Arbitration | [ ] Early Intervention Conference | [ ] Pretrial |
|---|---|---|
| [ ] Administrative Appeal Hearing | [ ] Fact-Finding | [ ] Status Conference |
| [ ] Attorney Trial Referee Proceeding | [X] Foreclosure Mediation | [ ] Trial Management Conference |
| [ ] Court Trial | [ ] Jury Trial | [ ] Other _____ |
| [ ] Judicial-Alternative Dispute Resolution (J-ADR) | [ ] Hearing In Damages | |

## Reason(s) For Continuance Request: *("X" reason(s) and provide an explanation)*

| [ ] Counsel not ready | [ ] Discovery not complete _____ |
|---|---|
| [ ] Lay witness not available *(Name of witness)* | |
| [ ] Counsel not available | [X] Other  **File is under review and oppos** |
| [ ] Party not available *(Name of party)* | |
| [ ] Expert witness not available *(Name of witness)* | |

*Continue explanation, if necessary:*

**File is under review and opposing counsel is unavailable.**

For the above reason(s), I request this case be continued to (date): _____ or [X] at the court's discretion.
                                                        See Attached

I have contacted all counsel and self-represented parties of record about my intention to seek a continuance. All of the counsel and self-represented parties:

[X] Consent   [ ] Do Not Consent   [ ] Have not responded to the above motion for continuance and requested continuance date.
*Note: An agreement to continue a matter does not mean that the motion will automatically be granted by the court.*

**I agree to be responsible for notifying my client, if applicable, and all counsel of record and self-represented parties whether the continuance is granted or denied, and if granted, the new date of the scheduled event.**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* __Jul-24-2014__ to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*

**UNITED STATES ATTORNEY - DISTRICT OF CONNECTICUT/157 CHURCH ST 25TH FL/NEW HAVEN, CT 06510**

| Signed *(Signature of filer)* ▶ 418756 | Print or type name of person signing **CHRISTOPHER J PICARD** | Date signed **Jul-24-2014** |
|---|---|---|
| Mailing address *(Number, street, town, state and zip code)* **50 WESTON ST HARTFORD, CT 06120** | | Telephone number **8602411655** |

| **Order** | Motion For Continuance is: [ ] Granted  [ ] Denied | Matter Continued To: | Signed *(Judge)* | Date |
|---|---|---|---|---|

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

**Continuation of JDCV21 Motion For Continuance Form for FST-CV-08-5008432-S**

**Submitted By HUNT LEIBERT JACOBSON PC (101589)**

**Additional Information on date continuance is requested:**

next available date

**Continuation of JDCV21 Motion For Continuance Form for FST-CV-08-5008432-S**

**Submitted By HUNT LEIBERT JACOBSON PC (101589)**

**Certification of Service (Continued from JDCV21)**

**Name and Address at which service was made:**

DAVID MARANTZ - 60 LONG RIDGE ROAD/SUITE 200/STAMFORD, CT 06902

BEGOS BROWN & GREEN LLP - 2425 POST ROAD/SUITE 205/SOUTHPORT, CT 06890

**\*\*\*\*\* End of Certification of Service \*\*\*\*\***