# Exhibit 24

|  |  |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER  407901<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>  AT STAMFORD<br><br>7/25/2014 |

<u>ORDER</u>

ORDER REGARDING:
07/24/2014 188.00 MOTION FOR CONTINUANCE

The foregoing, having been considered by the Court, is hereby:

ORDER: AGREEMENT

Granted by agreement to 8/19/2014.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Lauren Green