Exhibit 26

# Exhibit 26

**MOTION TO OPEN JUDGMENT
(CIVIL MATTERS OTHER THAN
SMALL CLAIMS AND HOUSING
MATTERS)**
JD-CV-107   Rev. 4-12
C.G.S. §§ 52-212, 52-212a,  52-259c
P.B. §§ 17-4, 17-43

*NOTICE:  This motion must be filed with the correct fee required
by section 52-259c(a) of the Connecticut General Statutes.*

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

State of Connecticut
Post Date: 09/18/2014
Payfile: 1426037-1

Docket: CV085008432S

Receipt Nbr: 0374767

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies
with the Americans with Disabilities Act (ADA). If you need
a reasonable accommodation in accordance with the ADA,
contact a court clerk or an ADA contact person listed at
www.jud.ct.gov/ADA.

$125.00

| Court Use Only |
| --- |
| GW |

| Name of case  *(Plaintiff vs. Defendant)*  | Docket number |
| --- | --- |
| **US Bank National v. Conrad, Elizabeth P et al** | **FST-CV08-5008432-S** |

| Judicial District of | At  *(Town)* |
| --- | --- |
| **Stamford - Norwalk** | **Stamford** |

## Motion To Open Judgment

I request that the judgment in the case named above be opened because:

**As part of the "Settlement" Atty. Brown told me that I would get three mediation sessions.  I have had one and prior to that
session was told that the bank had already made its decision to deny.
The bank did not count my real estate commissions.
I am asking for a 120 day extension in order to receive the proper amount of sessions and to retain counsel adept in the
mediation process.**

NOTE: If this is a motion to open a judgment entered because of a default or nonsuit, the motion must be sworn to by the
person filing this motion or that person's attorney.

| Signed  *(Plaintiff/Defendant or Attorney)*  X Scott P Conrad | Date signed
09/17/2014 |
| --- | --- |
| Subscribed and sworn to before me on  *(Date)  (See note above)*
9/17/14 | Signed  *(Assistant Clerk, Comm. of Superior Court)  (See note above)*
Eileen Gendron, Asst Clerk |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)*   __09/17/2014__   to all attorneys
and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented
parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**Hunt Leibert Jacobson PC (101589), 50 Weston Street, Hartford, CT  06120; David J. Marantz (309904), 60 Long Ridge Road, Suit
200, Stamford, CT  06902; John W. Conrad, 58 Weed Hill Avenue, Stamford, CT  06907; United States of America Internal Revenu
Service, US Attorney (065028) District of CT, 157 Church Street, 25th Floor, New Haven, CT  06510**

*If necessary, attach additional sheet or sheets with name and address which the copy was mailed or delivered to.

| Signed  *(Signature of filer)*  ► X Scott P Conrad | Print or type name of person signing
**Elizabeth P. Conrad** | Date signed
09/17/2014 |
| --- | --- | --- |
| Mailing address  *(Number, street, town, state and zip code)*
**58 Weed Hill Avenue, Stamford, CT  06907** | | Telephone number
**203-536-1696** |

## Order For Hearing And Notice  *(To be completed by clerk, if applicable)*

The Court orders that a hearing on this motion be held at the time and place shown below. The Court also orders the

☐ plaintiff    ☐ defendant    to give notice to the other party of the Motion and of the time and place where

the court will hear it, by having a true and attested copy of the Motion and this Order served on the other party by any
proper officer at least **12 days** before the date of the hearing. Proof that delivery was made must be shown to this Court
at least **6 days** before the date of hearing.

**Hearing To
Be Held At** ➡

| Superior Court, Judicial District of | Date |
| --- | --- |
| Court address | Room number | Time |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order
for Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the
hearing, and file proof of service with this Court at least **6 days** before the hearing.