**Exhibit 27**

| | |
|---|---|
| | ORDER   407901 |
| DOCKET NO: FSTCV085008432S | SUPERIOR COURT |
| US BANK NATIONAL<br>V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>  AT STAMFORD<br><br>9/29/2014 |

## ORDER

ORDER REGARDING:
09/18/2014 189.00 MOTION TO OPEN JUDGMENT

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

The motion to open judgment is denied. Attorney Christopher Brown is excused as counsel for the defendants ELIZABETH P CONRAD and JOHN W CONRAD.

However, using the court's equitable powers the parties are ordered to participate in a mediation on after 10/20/2014 and or before 10/24/2014.

Judicial Notice (JDNO) was sent regarding this order.

407901
_____

Judge: DOUGLAS C MINTZ
Processed by: William Tone
