# Exhibit 28

| | | |
|---|---|---|
| **DOCKET NO. FST CV 08 5008432 S** | : | **SUPERIOR COURT** |
| **U.S. BANK NATIONAL** | : | **J.D. OF STAMFORD** |
| v. | : | **AT STAMFORD** |
| **ELIZABETH CONRAD, ET AL** | : | **OCTOBER 3, 2014** |

## NOTICE OF BANKRUPTCY

The Defendant, JOHN W. CONRAD, hereby gives notice that the above-captioned matter is stayed pursuant to the provisions of the United States Bankruptcy Code.

The Defendant filed a petition for relief under Chapter 7 of the United States Bankruptcy Code on October 3, 2014, which has been assigned case number **14-51541**. A copy of the Notice of Bankruptcy Case Filing is attached hereto.

JOHN W. CONRAD,

BY: */s/Alfred J. Cali*
       Alfred J. Cali, Esq.
       Cali & Pol, Attorneys at Law, LLC
       1187 Broad Street, Second Floor
       Bridgeport, CT 06604
       (203) 339-0050
       (203) 339-0044 (fax)
       Juris #430198

United States Bankruptcy Court
District of Connecticut

**Notice of Bankruptcy Case Filing**

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 7 of the United States Bankruptcy Code, entered on 10/03/2014 at 10:59 AM and filed on 10/03/2014.

**John W. Conrad**
58 Weed Hill Avenue
Stamford, CT 06907
SSN / ITIN: xxx-xx-7656
*aka* **John M. Conrad**



| The case was filed by the debtor's attorney: | The bankruptcy trustee is: |
|---|---|
| **Alfred J. Cali**<br>Cali & Pol, Attorneys at Law<br>1187 Broad Street<br>Second Floor<br>Bridgeport, CT 06604<br>203-339-0050 | **Ronald I. Chorches**<br>Law Offices of Ronald I. Chorches LLC<br>449 Silas Deane Highway<br>2nd Floor<br>Wethersfield, CT 06109<br>860-563-3955 |

The case was assigned case number 14-51541 to Judge Alan H.W. Shiff.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ecf.ctb.uscourts.gov/ or at the Clerk's Office, 915 Lafayette Blvd, Bridgeport, CT 06604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Gary M. Gfeller
Clerk, U.S. Bankruptcy Court

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing was sent by U.S. Mail, postage pre-paid, and/or facsimile on this, the 3rd day of October 2014, to all counsel and pro se parties of record as follows:

Hunt Leibert Jacobson, PC
50 Weston Street
Hartford, CT 06120

David J. Marantz, Esq.
60 Long Ridge Road
Suite 200
Stamford, CT 06902

Elizabeth Conrad
58 Weed Hill Avenue
Stamford, CT 06907

United States Attorney
District of Connecticut
157 Church Street
25th Floor
New Haven, CT 06510

/s/*Alfred J. Cali*
Alfred J. Cali