# Exhibit 29

| | |
|---|---|
| DOCKET NO. FST-CV-08-5008432-S | : SUPERIOR COURT |
| US Bank National Association as Trustee | : JUDICIAL DISTRICT OF Stamford/Norwalk |
| V. | : AT Stamford |
| Elizabeth P. Conrad, ET AL. | : April 8 2015 |

### MOTION TO REOPEN JUDGMENT AND SET NEW SALE DAY

The Plaintiff in the above entitled action moves that the Court reopen the Judgment of Foreclosure by Sale entered in this action on May 7, 2014 for the purpose of setting a new sale day. In support of this motion, Plaintiff represents the following:

1. A Judgment of Foreclosure by Sale reentered in this action on May 7, 2014 with the foreclosure sale to be scheduled for October 4, 2014.

2. On October 3, 2014, the Defendant, John W. Conrad, filed a Chapter 7 Bankruptcy Petition at the United States Bankruptcy Court for the District of Bridgeport.

3. The filing of the Bankruptcy petition, pursuant to 11 U.S.C. 362, stayed the sale day.

4. On February 4, 2015 the United States Bankruptcy Court Terminated Case no. 14-51541, allowing plaintiff to proceed with the foreclosure (a copy is attached hereto).

ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

THIS LAW FIRM IS A DEBT COLLECTOR. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

HUNT LEIBERT JACOBSON, P.C. • ATTORNEYS AT LAW
50 WESTON STREET • HARTFORD, CONNECTICUT 06120 • (860) 808-0606 • JURIS NO. 101589

WHEREFORE, the Plaintiff respectfully moves this Court to reopen the Judgment of Foreclosure by Sale and set a new sale day, enter a new judgment debt and allow a fee for the bankruptcy action.

PLAINTIFF

*Joseph R. Dunaj*

By_____
Hunt Leibert Jacobson, P.C.
Its Attorneys
Juris No. 101589

## ORDER

The foregoing Motion having been presented to the Court, after hearing had, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge / Clerk

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, by first class mail on April 8 2015 to the following:

Elizabeth Conrad
58 Weedhill Avenue
Stamford, CT  06907

John W. Conrad
58 Weedhill Avenue
Stamford, CT  06907

Cali & Pol Attorneys at Law
1187 Broad Street
Second Floor
Bridgeport, CT  06604

United States Attorney
District of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510

David J. Marantz, Committee
60 Long Ridge Road, Suite 200
Stamford, CT 06902

Joseph R. Dunaj

_____
Commissioner of the Superior Court

**14-51541** John W. Conrad
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Alan H.W. Shiff
**Date filed:** 10/03/2014 **Date of last filing:** 02/04/2015
**Debtor discharged:** 01/14/2015
**Date terminated:** 02/04/2015

Mobile Query

## Query

Alias
  Associated Cases
  Attorney
  Case Summary
  Creditor
  Deadlines/Hearings
  Docket Report ...
  Electronic/Paper Notice
  Filers
  History/Documents
  Notice of Bankruptcy Case Filing
  Party
  Related Transactions

Status
  Trustee
  View Document
  Claims Register
  List of Creditors