Exhibit 30

# Exhibit 30

ORDER    407901

DOCKET NO: FSTCV085008432S

US BANK NATIONAL
   V.
CONRAD,ELIZABETH P Et Al

SUPERIOR COURT

JUDICIAL DISTRICT OF STAMFORD
   AT STAMFORD

8/24/2015

ORDER

ORDER REGARDING:
04/08/2015 197.00 MOTION TO OPEN JUDGMENT

The foregoing, having been heard by the Court, is hereby:

ORDER:

Motion #197.00, Motion to Open Judgment is being continued for oral argument to 9/8/2015 at 9:30AM on the foreclosure/property short calendar for defendant(s) JOHN W CONRAD and ELIZABETH P CONRAD to hire an attorney in lieu of Attorney Cali. Attorney Cali shall remain in the case until another attorney files an appearance in lieu of him. This is a final continuance. Plaintiff may proceed on 9/8/2015.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Evangeline Ververis