# Exhibit 31

| | |
|---|---|
| | ORDER   433233 |
| DOCKET NO: FSTCV085008432S | SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br><br>9/8/2015 |

<u>ORDER</u>

ORDER REGARDING:
04/08/2015 197.00 MOTION TO OPEN JUDGMENT

The foregoing, having been heard by the Court, is hereby:

ORDER:

Motion #197.00, Motion to Open Judgment is being continued for oral argument to 9/14/2015 at 9:30AM on the foreclosure/property short calendar.

Judicial Notice (JDNO) was sent regarding this order.

433233

Judge: DONNA NELSON HELLER
Processed by: Evangeline Ververis