# Exhibit 35

| | |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   407901<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br>1/29/2016 |

### ORDER

ORDER REGARDING:
09/14/2015 221.00 MOTION TO DISMISS PB 10-30

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

Denied with prejudice.

Judicial Notice (JDNO) was sent regarding this order.

　　　　　　　　　　　　　　　　　　　　　　　407901
　　　　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　Judge: DOUGLAS C MINTZ
　　　　　　　　　　　　　　　　　　　　　　　Processed by: Ryan Oca