# Exhibit 36

| | ORDER   407901 |
|---|---|
| DOCKET NO: FSTCV085008432S | SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD |
| | 1/29/2016 |

## ORDER

ORDER REGARDING:
01/21/2016 226.00 OBJECTION

The foregoing, having been heard by the Court, is hereby:

ORDER: SUSTAINED

Objection to motion to dismiss, 221.00, is sustained.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Ryan Oca