# Exhibit 37

**MOTION TO OPEN JUDGMENT (CIVIL MATTERS OTHER THAN SMALL CLAIMS AND HOUSING MATTERS)**

JD-CV-107 New 6-09
C.G.S. 52-212, 52-212a, 52-259c
Pr.Bk. Secs. 17-4, 17-43, 25-38

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

NOTICE: This motion must be filed with the correct fee required by C.G.S. § 52-259c(a).



Court Use Only
**GW**

Name of case (Plaintiff vs. Defendant): US BANK NATIONAL v. CONRAD, ELIZABETH et al
Docket number: FST-CV08 500 8432-S
Judicial District of: STAMFORD-NORWALK
At (Town): STAMFORD

## Motion To Open Judgment

I request that the judgment in the case named above be opened because: I need time to undergo treatment for recurring breast cancer. I just had 2 surgeries in Jan-Feb 2016. A third surgery in April 2016 —

Therefore I request that the judgment be opened.

NOTE: If this is a motion to open a judgment entered because of a default or nonsuit, the motion must be sworn to by the person filing this motion or that person's attorney.

Signed (Plaintiff/Defendant or Attorney): Elizabeth Conrad
Date signed: 5/5/16
Subscribed and sworn to before me on (Date): 5-5-16
Signed (Assistant Clerk, Comm. of Superior Court): J. Liguori — Commission Expires 3/31/2018

## Certification

I certify that on _____ a copy of this motion was mailed or delivered to all counsel and self-represented (pro se) parties who have appeared in this matter.

Signed: Elizabeth Conrad
Address: 58 Weed Hill Ave. Stamford, CT

Name of each party copy was mailed or delivered to and address to which copy was mailed or delivered:
US Bank Natl Assoc. c/o Hunt Leibert 50 Weston St Hartford 06907
Cmttee: David Marantz 50 Long Ridge Ste 200 Hartford
USA-IRS c/o US Atty Dist CT 157 Church 25th Floor New Haven 06510

## Order For Hearing And Notice (To be completed by clerk, if applicable)

The Court orders that a hearing on this motion be held at the time and place shown below. The Court also orders the ☐ plaintiff  ☐ defendant to give notice to the other party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the other party by any proper officer at least **12 days** before the date of the hearing. Proof that delivery was made must be shown to this Court at least **6 days** before the date of hearing.

| Hearing To Be Held At → | Superior Court, Judicial District of | | Date |
|---|---|---|---|
| | Court address | Room number | Time |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order for Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address | |
|---|---|---|
| By the Court | Judge, Assistant Clerk | Date signed |

(Continued on back/page 2)

234⁰⁰

| Name of case *(Plaintiff vs. Defendant)* | Docket number |
|---|---|
|  |  |

## Order

This motion to open judgment is ordered:   ☐ Granted.   ☐ Denied.

| By the Court | Judge, Assistant Clerk | Date signed |
|---|---|---|
|  |  |  |

## For Court Use Only

Fee for motion to open:   ☐ Paid   ☐ Waived

JD-CV-107   New 6-09 *(Back/Page 2)*