# Exhibit 38

| | |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   407901<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br><br>5/23/2016 |

<u>ORDER</u>

ORDER REGARDING:
05/05/2016 234.00 MOTION TO OPEN JUDGMENT

The foregoing, having been heard by the Court, is hereby:

ORDER: CONTINUED

Motion #234, Motion to Open Judgment, is being continued for oral argument to 5/31/16 at 9:30AM on the foreclosure/property short calendar.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Rebecca Brindley