# Exhibit 39

| | |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   407901<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br><br>5/31/2016 |

### ORDER

ORDER REGARDING:
05/05/2016 234.00 MOTION TO OPEN JUDGMENT

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

Motion to Open Judgment is denied without prejudice. If the Defendant Elizabeth Conrad obtains a letter from her Doctor regarding the detrimental impact on her health if the auction goes forward this Saturday, the defendant is contact the Clerk's office and a hearing will be held on Friday June 3rd, 2016 to revisit the Motion to Open Judgment.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Catherine Cannizzaro