# Exhibit 41

United States Bankruptcy Court
District of Connecticut

CV 08 5008432

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 06/03/2016 at 1:29 PM and filed on 06/03/2016.

**Elizabeth P. Conrad**
58 Weed Hill Avenue
Stamford, CT 06907
SSN / ITIN: xxx-xx-3622



The case was assigned case number 16-50740.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ecf.ctb.uscourts.gov/ or at the Clerk's Office, 915 Lafayette Blvd, Bridgeport, CT 06604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Myrna Atwater
Clerk, U.S. Bankruptcy
Court**

2016 JUN -3 P 4: 35
SUPERIOR COURT
STAMFORD-NORWALK
JUDICIAL DISTRICT

238 00