# Exhibit 42

| | |
|---|---|
| **DOCKET NO. FST-CV-08-5008432-S** | **: SUPERIOR COURT** |
| **US Bank National Association as Trustee** | **: JUDICIAL DISTRICT OF** |
| **V.** | **Stamford/Norwalk** |
| | **: AT Stamford** |
| **Elizabeth P. Conrad**, *ET AL.* | **: September 16, 2016** |

## MOTION TO REOPEN JUDGMENT AND SET NEW SALE DAY

The Plaintiff in the above entitled action moves that the Court reopen the Judgment of Foreclosure by Sale entered in this action on January 29, 2016, for the purpose of setting a new sale day. In support of this motion, Plaintiff represents the following:

1. A Judgment of Foreclosure by Sale reentered in this action on January 29, 2016 with the foreclosure sale to be scheduled for June 4, 2016

2. On June 3, 2016, the Defendant, Elizabeth P. Conrad, filed a Chapter 13 Bankruptcy Petition at the United States Bankruptcy Court for the District of Bridgeport.

3. The filing of the Bankruptcy petition, pursuant to 11 U.S.C. 362, stayed the sale day.

4. On September 9, 2016 the United States Bankruptcy Court issued an Order Relief , allowing plaintiff to proceed with the foreclosure (a copy is attached hereto).

ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

**THIS LAW FIRM IS A DEBT COLLECTOR. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

WHEREFORE, the Plaintiff respectfully moves this Court to reopen the Judgment of Foreclosure by Sale and set a new sale day, enter a new judgment debt and allow a fee for the bankruptcy action.

PLAINTIFF

By_____427656_____
Joseph R. Dunaj, Esq.
Hunt Leibert Jacobson, P.C.
Its Attorneys
Juris No. 101589

### ORDER

The foregoing Motion having been presented to the Court, after hearing had, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge / Clerk

## **CERTIFICATION**

*\*\* This is to certify that, pursuant to Connecticut Practice Book Section 10-13, a copy of the foregoing has been served, either by first-class mail, postage prepaid, or by electronic means, on 09/16/2016 to the following:*

    Mark Sank & Associates
    **sara@marksank.com**

    United States Attorney
    District of Connecticut
    157 Church Street, 25th Floor
    New Haven, CT 06510

    David J. Marantz, Committee
    60 Long Ridge Road, Suite 200
    Stamford, CT 06902

    Elizabeth Conrad
    58 Weed Hill Avenue
    Stamford CT  06907

                                           _____427656_____
                                               Joseph R. Dunaj, Esq.
                                                Commissioner of the Superior Court

Case 3:19-cv-01720-JAM   Document 16-42   Filed 11/25/19   Page 5 of 6
Case 16-50740    Doc 23    Filed 09/09/16    Entered 09/09/16 11:53:30    Desc Order
Relief from Stay    Page 1 of 2

# United States Bankruptcy Court

## District of Connecticut

Filed & Entered
On Docket
September 9, 2016

In re:
    Elizabeth P. Conrad
                   Debtor*

Case Number: 16−50740 jam
Chapter: 13

U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset−Backed Pass−Through Certificates, Series 2006−EMX8
Movant(s)

v.

Elizabeth P. Conrad , Debtor(s)
Molly T. Whiton, Trustee

Respondent(s)

### Order Granting Relief from Stay

U.S. Bank National Association, as Trustee, for Residential Asset Securities Corporation, Home Equity Mortgage Asset−Backed Pass−Through Certificates, Series 2006−EMX8 (the "Movant") filed a Motion for Relief from Stay (the "Motion"), ECF No. 21. After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, and it appearing that the relief sought in the Motion should be granted, it is hereby

ORDERED, that the automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C § 362(d)(1) to permit the Movant and/or their succesors and assignees, to exercise their rights, if any, with respect to real property known as 58 Weed Hill Ave., Stamford, CT 06907, in accordance with applicable non−bankruptcy law.

And it is FURTHER ORDERED, that the fourteen (14) day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

And it is FURTHER ORDERED, that to the extent there exists a co−debtor, the automatic stay pursuant to 11 U.S.C. § 362(a) and the fourteen (14) day stay pursuant to Fed. R. Bankr. P. 4001(a)(3) are modified to allow the Movant to enforce its interests in the real property against such co−debtor.

Dated: September 9, 2016

BY THE COURT

*Julie A. Manning*
Chief United States Bankruptcy Judge
District of Connecticut

Julie A. Manning
Chief United States Bankruptcy Judge

Case 3:19-cv-01729-JAM   Document 16-42   Filed 11/25/19   Page 6 of 6
Case 16-50740    Doc 23    Filed 09/09/16    Entered 09/09/16 11:53:30    Desc Order
Relief from Stay    Page 2 of 2

United States Bankruptcy Court  
District of Connecticut  
915 Lafayette Boulevard  
Bridgeport, CT 06604

Tel. (203) 579−5808  
VCIS* (866) 222−8029  
* Voice Case Information System  
http://www.ctb.uscourts.gov  
Form 118 − sr

*For the purposes of this order, "Debtor" means "Debtors" where applicable.