**Exhibit 44**

**Exhibit 44**

DOCKET NUMBER: FST-CV-08-5008432-S

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION AS TRUSTEE | SUPERIOR COURT |
| Plaintiff, | JUDICIAL DISTRICT OF STAMFORD-NORWALK |
| -against- | AT STAMFORD |
| ELIZABETH P. CONRAD, ET AL, | February 17, 2017 |
| Defendant. | |

**Motion to Open Judgment and Dismiss Case and to Vacate Order for Auction as Order was obtained by a Fraud Upon the Court**

On December 7, 2015 the Court ordered Plaintiff to bring the original note, mortgage and any assignments of mortgage and related powers of attorney to court on 1/29/2016.

On January 29, 2016, in direct defiance of this order, the Plaintiff brought into Court a fraudulent representation of the Note. The Defendant was shown something that was represented as an allonge stamp. It appeared on its own on a blank piece of paper. It resembled an app icon. It was illegible. Defendant was told that although there was a problem with this allonge, since it was illegible its validity could not be questioned.

On the strength of this representation, the Auction Date was ordered.

Subsequently, at a later date in Bankruptcy Court, Defendant was shown another representation of the Original Note by the Bank as its Proof of Claim and the "icon app" allonge was not on it, which affirmed the fact that the other, illegible allonge, was fraudulent.

Since the Auction was ordered based on this fraud and since the fraud was done with the full knowledge of and by the Bank and the its attorneys, this case should be dismissed for knowingly and intentionally perpetrating a fraud upon the Court and the Bank's attorneys should be sanctioned for their misdeeds.

DEFENDANTS,
ELIZABETH P. CONRAD and JOHN W. CONRAD

By: _____
Elizabeth P. Conrad

## Certification

I hereby certify that on February 17, 2017 a copy of the foregoing was mailed to all counsel and pro se parties of record as follows:

HUNT LEIBERT JACOBSON PC
50 WESTON STREET
HARTFORD, CT 06120

DAVID J MARANTZ
60 LONG RIDGE ROAD
SUITE 200
STAMFORD, CT 06902

US ATTORNEY
DISTRICT OF CONN
157 CHURCH ST 23RD FL
NEW HAVEN, CT 06510

| | |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   407901<br>SUPERIOR COURT |
| US BANK NATIONAL<br>V.<br>CONRAD, ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>AT STAMFORD<br>12/7/2015 |

### ORDER

ORDER REGARDING:
11/16/2015 224.00 OBJECTION TO MOTION

The foregoing, having been heard by the Court, is hereby:

ORDER:

The Court orders that plaintiff bring the original note, mortgage, and any assignments of mortgage and related powers of attorney to court on 1/29/2016. Plaintiff is to show the documents to Attorney Sank at 9:30AM before the 1/29/2016 hearing.

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Evangeline Ververis