# Exhibit 45

| | |
|---|---|
| **DOCKET NO. FST-CV-08-5008432-S** | : SUPERIOR COURT |
| **US Bank National Association as Trustee** | : JUDICIAL DISTRICT OF |
| | Stamford/Norwalk |
| **V.** | : AT Stamford |
| **Elizabeth P. Conrad**, *ET AL.* | : April 14, 2017 |

### MOTION TO REOPEN JUDGMENT AND SET NEW SALE DAY

The Plaintiff in the above entitled action moves that the Court reopen the Judgment of Foreclosure by Sale entered in this action on October 31, 2016, for the purpose of setting a new sale day.  In support of this motion, Plaintiff represents the following:

1. A Judgment of Foreclosure by Sale reentered in this action on October 31, 2016 with the foreclosure sale to be scheduled for March 04, 2017.

2. On March 3, 2017, the Defendant, John W. Conrad, filed a Chapter 13 Bankruptcy Petition at the United States Bankruptcy Court for the District of Bridgeport.

3. The filing of the Bankruptcy petition, pursuant to 11 U.S.C. 362, stayed the sale day.

4. On March 21, 2017 the United States Bankruptcy Court issued an Order Dismissing the case, allowing plaintiff to proceed with the foreclosure (a copy is attached hereto).

ORAL ARGUMENT REQUESTED
NO TESTIMONY REQUIRED

**THIS LAW FIRM IS A DEBT COLLECTOR.  ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

WHEREFORE, the Plaintiff respectfully moves this Court to reopen the Judgment of Foreclosure by Sale and set a new sale day, enter a new judgment debt and allow a fee for the bankruptcy action.

PLAINTIFF

By_____427656_____
Joseph R. Dunaj, Esq.
McCalla Raymer Leibert Pierce, LLC
Its Attorneys
Juris No. 101589

## **ORDER**

The foregoing Motion having been presented to the Court, after hearing had, it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
Judge / Clerk

## **CERTIFICATION**

*This is to certify that, pursuant to Connecticut Practice Book Section 10-13, a copy of the foregoing has been served, either by first-class mail, postage prepaid, or by electronic means, on 4/14/17 to the following:*

Mark Sank & Associates
sara@marksank.com

United States Attorney District
of Connecticut
157 Church Street, 25th Floor
New Haven, CT 06510

David J. Marantz, Committee
60 Long Ridge Road, Suite 200
Stamford, CT 06902

Elizabeth Conrad
58 Weed Hill Avenue
Stamford CT  06907

\_\_427656_____
Joseph R. Dunaj, Esq.
Commissioner of the Superior Court

# United States Bankruptcy Court

### District of Connecticut



Filed and Entered
On Docket
March 21, 2017

In re:

John W. Conrad

Debtor*

Case Number: 17−50234 jam
Chapter: 13

**ORDER DISMISSING CHAPTER 13 CASE FOR FAILURE TO CURE DEFICIENCY**

A Deficiency Notice/Notice of Dismissal of case was issued in the above−referenced case on March 6, 2017, for failure of the Debtor(s) to file all missing documents pursuant to 11 U.S.C. § 1321, Federal Rule of Bankruptcy Procedure 1007, Federal Rule of Bankruptcy Procedure 3015, and Local Bankruptcy Rule 1007−1 and 1007−2 as amended or revised, and/or failure to pay the filing fee pursuant to Federal Rule of Bankruptcy Procedure 1006(a), (the "Deficiency Notice", ECF No. 5).

The Debtor has failed to timely cure any and/or all deficiencies set forth in the Deficiency Notice; it is hereby

**ORDERED:** The Debtor's Chapter 13 case is **DISMISSED WITHOUT PREJUDICE**.

**ORDERED:** The Chapter 13 Trustee is directed to submit a Final Report and Account within (60) sixty days from the date of this Order.

Upon dismissal, unpaid filing fees become due immediately. The amount due and owing is $231.20.

Dated: March 21, 2017

BY THE COURT

Julie A. Manning
Chief United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604

Tel. (203) 579−5808
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 113 − msj

*For the purposes of this order, "Debtor" means "Debtors" where applicable.