# Exhibit 47

|  |  |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   407901<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br><br>5/15/2017 |

<u>ORDER</u>

ORDER REGARDING:
04/17/2017 263.00 MOTION TO OPEN JUDGMENT AND EXTEND THE SALE DATE

The foregoing, having been considered by the Court, is hereby:

ORDER: GRANTED

Notice of Judgment of Foreclosure by Sale (as opened and modified)
Property Address: 58 Weed Hill Avenue, Stamford, Connecticut 06907
The Committee is ordered to upload pictures of the property on the Judicial website and include a picture of the property in the newspaper ad. The appraiser is ordered to do an interior appraisal of the property.
Plaintiff waives any deficiency. Defendant waives right to appeal. Defendant waves right to reopen the judgment. 1/29/2016- Additional costs and fees in the amount of $3,225.00 is awarded to Hunt Leibert Jacobson, P.C.

Judgment of Foreclosure by Sale is hereby entered as follows:
Debt: $878,307.06
Attorney Fees: $5,850.00
Total: $884,157.06
Appraisal Fee:
Title Search Fee: $225.00
Fair Market Value: $396,000.00

The Sale Date is: Saturday, August 05, 2017
Terms of the Sale: 12:00 noon on the premises.
Deposit Amount: $39,600.00 Deposit to be paid by bank or certified check only.
Committee Appointed: David J. Marantz, 60 Long Ridge Road, Suite 200, Stamford, CT 06902
Ordered in accordance with the Statewide Standing Orders(JD-CV-79) and Uniform Procedures for Foreclosure by Sale Matters(JD-CV-81).
Independent Appraiser: Allen M Glucksman, Appraisal Services LLC., 102 Lincoln Ave, Stamford, CT 06902
Return of Appraisal by: Wednesday, July 26, 2017
Deposit not required if Plaintiff is the successful bidder. The Plaintiff may submit a bid via fax.
No fees or expenses prior to: Wednesday, June 21, 2017
Sign to be posted no earlier than : Thursday, July 06, 2017
Sign to be posted no later than : Sunday, July 16, 2017

Publication in Stamford Advocate on: 7/28/2017, 8/4/2017
Ad to be posted on Judicial Website.
Plaintiff's Atty: MCCALLA RAYMER LEIBERT PIERCE LLC, 50 WESTON STREET, HARTFORD, CT 06120
Copies sent Thursday, May 18, 2017 to:
MCCALLA RAYMER LEIBERT PIERCE LLC; ELIZABETH P CONRAD; JOHN W CONRAD;

UNITED STATES ATTORNEY; David J. Marantz (Committee); Allen M Glucksman (Appraiser)

Judicial Notice (JDNO) was sent regarding this order.

407901

Judge: DOUGLAS C MINTZ
Processed by: Amy Melashvili