# Exhibit 48

**MOTION TO OPEN JUDGMENT (CIVIL MATTERS OTHER THAN SMALL CLAIMS AND HOUSING MATTERS)**
JD-CV-107 New 6-09
C.G.S. 52-212, 52-212a, 52-259c
Pr.Bk. Secs. 17-4, 17-43, 25-38

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov

Date: 06/27/2017
Payfile: 1717737-1
Docket: CV085008432S
Receipt Nbr: 0372580
Amount: $130.00
List Total: 001  $130.00

NOTICE: This motion must be filed with the correct fee required by C.G.S. § 52-259c(a).

SUPERIOR COURT
STAMFORD - NORWALK
JUDICIAL DISTRICT
2017 JUN 26 P 4:42

Court Use Only: GW

**Name of case (Plaintiff vs. Defendant):** US Bank National v. Elizabeth Conrad
**Docket number:** FST-CV-08-5008432-S
**Judicial District of:** Stamford-Norwalk
**At (Town):** Stamford

**Motion To Open Judgment**
I request that the judgment in the case named above be opened because:
To hear a Motion to Dismiss that demands the production of the Original Promissory Note - ORIGINAL Promissory Note

Therefore I request that the judgment be opened.

NOTE: If this is a motion to open a judgment entered because of a default or nonsuit, the motion must be sworn to by the person filing this motion or that person's attorney.

**Signed (Plaintiff/Defendant or Attorney):** Elizabeth P. Conrad Pro Se
**Date signed:** June 26, 2017
**Subscribed and sworn to before me on (Date):** 6-26-17
**Signed (Assistant Clerk, Comm. of Superior Court):** Paul J. [illegible], Notary Public-Connecticut, My Commission Expires March 31, 2018

**Certification**
I certify that on June 26, 2017 a copy of this motion was mailed or delivered to all counsel and self-represented (pro se) parties who have appeared in this matter.

**Signed (Plaintiff, Defendant, or Attorney):** Elizabeth P. Conrad
**Address:** 58 Weed Hill Ave, Stamford CT 06907

**Name of each party copy was mailed or delivered to and address to which copy was mailed or delivered:**
See Attached Certification

**Order For Hearing And Notice** (To be completed by clerk, if applicable)
The Court orders that a hearing on this motion be held at the time and place shown below. The Court also orders the
☐ plaintiff  ☐ defendant  to give notice to the other party of the Motion and of the time and place where the court will hear it, by having a true and attested copy of the Motion and this Order served on the other party by any proper officer at least **12 days** before the date of the hearing. Proof that delivery was made must be shown to this Court at least **6 days** before the date of hearing.

| Hearing To Be Held At → | Superior Court, Judicial District of | | Date |
|---|---|---|---|
| | Court address | Room number | Time |

To any proper officer:
By the Authority of the State of Connecticut, you must serve a true and attested copy of the above Motion and Order for Hearing on the below named person in one of the ways required by law at least **12 days** before the date of the hearing, and file proof of service with this Court at least **6 days** before the hearing.

| Person to be served | Address | | |
|---|---|---|---|
| By the Court | Judge, Assistant Clerk | | Date signed |

(Continued on back/page 2)

277.00