# Exhibit 52

**SUBPOENA** — CIVIL/HOUSING/SMALL CLAIMS/FAMILY/
FAMILY SUPPORT MAGISTRATE/CRIMINAL/MOTOR VEHICLE
JD-CL-43  Rev. 12-15
C.G.S. § 52-143, 52-144; P.B. §§ 7-19, 24-22

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
www.jud.ct.gov



Court Use Only
**SUBISSU**

**Instructions:**
1. Do **Not** use this subpoena if the witness is being summoned by the state or by the attorney general or an assistant attorney general or by any public defender or assistant public defender acting in his/her official capacity.
2. The person being subpoenaed and the items they are ordered to bring as listed below must be identical to the names and items as ordered on the Application for Issuance of Subpoena, form JD-CL-136 (if applicable).

**Name of Case** (Full name of Plaintiff v. Full name of Defendant)
US Bank National v Elizabeth P. Conrad

**Docket Number**
CV08-5008432-S

| Judicial District [X] | Housing Session [ ] | Geographical Area Number [ ] | Small Claims Area [ ] | Address of Court (Number, street, town and zip code) 123 Hoyt St Stamford CT 06905 |

**To:** (Name and address)
Atty Christopher Picard
McCalla Raymer 50 Weston St Hartford CT 06120

| Date and time you are to come to court | | Report to |
|---|---|---|
| 07/10/2017 | Time 9:30 a.m. | [ ] Clerk's office  [X] Courtroom number 6B  [ ] Person requesting subpoena |

**By Authority of The State of Connecticut,** you are commanded to come to the court at the Address of Court above on the Date and Time indicated above or to another day after (within 60 days of the Date indicated above) when the case will be tried; you must come to the court to testify what you know in the case.

**You Are Further Commanded To Bring With You And Produce:**

Original promissory note that contains the original signature of Elizabeth P. Conrad

| Hereof Fail Not, Under Penalty Of The Law. To any proper officer or indifferent person to serve and return. | Name of person requesting subpoena Elizabeth P. Conrad | Phone number (with area code) 203-536-1696 |
| Signed (Clerk, Commissioner of Superior Court) *Amy Melashvili* | Print or type name Amy Melashvili | Date 07/07/2017 | At Stamford |

**Notice To The Person Summoned**
If you do not come to court on the day and at the time stated, or on the day and at the time which your appearance may have been postponed or continued to by order of an officer of the court, the court may order that you be arrested. Also, if one day's attendance and traveling fees have been paid to you and you do not come to court and testify, without reasonable excuse, you will be fined not more than $25.00 (twenty-five dollars) and pay all damages to the aggrieved party. **The party requesting the subpoena is responsible for paying the witness fees.**

Any questions regarding this subpoena should be directed to the person who requested it.

Phone number (with area code): 203-536-1696

**ADA NOTICE**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at www.jud.ct.gov/ADA.

### Return Of Service

Judicial District of _____ ss. _____  Date _____

Then and there I made service of the within subpoena not less than eighteen hours prior to the time designated for the person summoned to appear, by reading the same in the presence and hearing/leaving a true and attested copy hereof in the hands/at the last usual place of abode of each of the within-named persons, viz:

**Fees**
Copy
Endorsement
Service
Travel (Show miles & amount)

Attest (Signature of proper officer or indifferent person) | Title (If applicable) | **Total**

**Distribution:**  Original - Return to clerk after making service   Copy 1 - Witness   Copy 2 - Court file