# Exhibit 54

| | |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   409106<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD<br><br>7/10/2017 |

<u>ORDER</u>

ORDER REGARDING:
06/26/2017 277.00 MOTION TO OPEN JUDGMENT

No Counsel Present. No Parties Present. All Parties Present.

The foregoing, having been heard by the Court, is hereby:

ORDER:

The Motion to Open Judgment is dismissed.

Judicial Notice (JDNO) was sent regarding this order.

409106

Judge: KEVIN TIERNEY
Processed by: Amy Melashvili