**Exhibit 55**

# Exhibit 55

| | |
|---|---|
| DOCKET NO: FSTCV085008432S | ORDER   409106<br>SUPERIOR COURT |
| US BANK NATIONAL<br>  V.<br>CONRAD,ELIZABETH P Et Al | JUDICIAL DISTRICT OF STAMFORD<br>   AT STAMFORD |
| | 7/10/2017 |

### ORDER

ORDER REGARDING:
06/26/2017 278.00 MOTION TO DISMISS PB 10-30

All Parties Present. All Parties Present.

The foregoing, having been heard by the Court, is hereby:

ORDER: DENIED

Judicial Notice (JDNO) was sent regarding this order.

409106
_____

Judge: KEVIN TIERNEY
Processed by: Amy Melashvili