# Exhibit 57

State of Connecticut Judicial Branch

# Supreme and Appellate Court
## Case Detail

Supreme & Appellate Court Look-up Home | Printer Friendly Version | New Search | Judicial Home Page | Back

### Case Information

**AC 40688   US BANK NATIONAL v. ELIZABETH P. CONRAD ET AL.**   Status: Disposed

#### Appeal Case Information

To receive an email when there is activity on this case, click here.

| | | | |
|---|---|---|---|
| **Date Filed:** | 07/28/2017 | **Response to Docket Due Date:** | 03/13/2019 Term 7 |
| **Appeal By:** | Other | **Disposition Method:** | Opinion |
| **Argued Date:** | 04/17/2019  02:00 PM | **Disposition Date:** | 05/07/2019 |
| **Submitted on Briefs Date:** | | **Cite:** | 189 CA 908 (2019)   Rescript |
| **Panel:** | HON. DOUGLAS S. LAVINE<br>HON. NINA F. ELGO<br>HON. THOMAS A. BISHOP | **Petition(s) For Certification:** | SC 180502<br>SC 180524<br>SC 190129<br>SC 190146<br>SC 190169<br>SC 190190<br>SC 190191<br>SC 190208 |

#### Cross Appeal/Amended Appeal

#### Trial Court Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | FSTCV085008432S | | |
| **Judgment For:** | | **Court:** | JD COURTHOUSE AT STAMFORD |
| **Trial Judge(s):** | HON. KEVIN TIERNEY | **Judgment Date:** | 07/10/2017 |
| | | **Case Type:** | CIVIL - FORECLOSURE |

#### Party/Attorney or Self-Represented Information

| | Trial Court Party Class | Appeal Party Class |
|---|---|---|
| ELIZABETH P CONRAD | Defendant | Appellant |
|    Self Rep:   ELIZABETH P CONRAD | | |
| COMMITTEE | Plaintiff | Appellee |
|    Juris: 309904   DAVID J MARANTZ | | |
| JOHN W CONRAD | Defendant | Appellee |
|    Juris: 421741   MARK SANK & ASSOCIATES LLC | | |
| UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE | Defendant | Appellee |
|    Juris: 065028   UNITED STATES ATTORNEY | | |
| US BANK NATIONAL ASSOCIATION | Plaintiff | Appellee |
|    Juris: 101589   MCCALLA RAYMER LEIBERT PIERCE LLC | | |
|    Juris: 417452   DAVID BIZAR | | |

### Transcripts and Exhibits

Exhibits Received By Court:

| Party | Transcripts Ordered | Estimated Delivery Date | Delivered To Party | Pages | Delivered To Court |
|---|---|---|---|---|---|
| ELIZABETH P CONRAD | | 03/19/2018 | 03/16/2018 | 39 | 11/06/2018 |

### Preliminary Papers

| Party Name | Preliminary Statement of Issues | Designation Contents of Record | Certificate re Transcript Received | Docketing Statement | PAC Statement | Draft Judgment File | Constitutionality Notice | Sealing Notice |
|---|---|---|---|---|---|---|---|---|
| ELIZABETH P CONRAD | 08/15/2017 | | 03/14/2018 | 03/19/2018 | 03/19/2018 | | | |
| US BANK NATIONAL ASSOCIATION | 09/21/2017 | | | | | | | |
| Amended | 12/26/2017 | | | | | | | |

### Briefs and Prepared Record

Record Filed: 11/01/2018

| Party | Type | Original Due Date | Due Date | Date Filed |
|---|---|---|---|---|
| ELIZABETH P CONRAD Appellant | Brief | 04/30/2018 | 10/19/2018 | 11/01/2018 |
| JOHN W CONRAD Appellee | Brief | 12/03/2018 | 12/03/2018 | 12/03/2018 |
| ELIZABETH P CONRAD Appellant | Reply Brief | 12/24/2018 | 01/14/2019 | 02/19/2019 |

### Case Activity

| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
|---|---|---|---|---|---|---|---|
| APPEAL | AC 40688 | 7/28/2017 | | Direct Appeal | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 7/31/2017 | | Correspondence from Court | Filed | | |
| MOTION | AC 172231 | 8/7/2017 | US BANK NATIONAL ASSOCIATION | Motion to Dismiss Appeal *Response Date: 8/29/2017* | Denied | 02/08/2018 | |
| APPEARANCE | | 8/7/2017 | | E-filed Appearance Form | Filed | | |
| APPEARANCE | | 8/8/2017 | | E-filed Appearance Form | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 8/9/2017 | | Return of Filing Notice | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 8/15/2017 | | Preliminary Statement of Issues | Filed | | |
| MOTION FOR EXTENSION | AC 1730494 | 8/18/2017 | ELIZABETH P CONRAD | Motion Extension Date: | Denied | 08/21/2017 | 8/21/2017 |
| MOTION | AC 172316 | 8/21/2017 | ELIZABETH P CONRAD | Other Motion | Returned | 08/22/2017 | 08/22/2017 |
| ORDER | AC 1730494 | 8/21/2017 | | Clerk uploaded Order | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 8/22/2017 | | Return of Filing Notice | Filed | | |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 172231 | 8/29/2017 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 9/21/2017 | | Preliminary Statement of Issues | Filed | | |

| | | | | | |
|---|---|---|---|---|---|
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 10/30/2017 | | Correspondence to Court | Filed |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 10/31/2017 | | Return of Filing Notice | Filed |
| e MOTION | AC 173124 | 11/30/2017 ELIZABETH P CONRAD | | Motion to Strike | Returned   12/05/2017 12/05/2017 |
| ORDER | AC 173124 | 12/5/2017 | | Clerk uploaded Order | Filed |
| e MOTION | AC 173238 | 12/13/2017 ELIZABETH P CONRAD | | Motion to Strike  Response Date: 1/3/2018 | Denied   02/08/2018 |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/26/2017 | | Amended Preliminary Statement of Issues | Filed |
| e OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 173238 | 12/26/2017 | | E-filed Opposition, Response or Withdrawal of Motion | Filed |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 12/28/2017 | | Return of Filing Notice | Filed |
| e OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 173238 | 1/3/2018 | | E-filed Opposition, Response or Withdrawal of Motion | Filed |
| ORDER | AC 172231 | 2/8/2018 | | Clerk uploaded Order | Filed |
| ORDER | AC 173238 | 2/8/2018 | | Clerk uploaded Order | Filed |
| DELINQUENCY ORDER | 170312 | 3/9/2018 | | Clerk uploaded Delinquency Order | Filed |
| DELINQUENCY ORDER | 170312 | 3/9/2018 | Court | Order NISI for P.B. § 63-4 Papers (Some) | Compliance 03/19/2018 03/09/2018 |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/15/2018 | | Appeal Transcript Order Form with Certificate of Completion | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/15/2018 | | Docketing Statement | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/15/2018 | | Pre Argument Conference Statement | Filed |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/15/2018 | | Return of Filing Notice | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/16/2018 | | Appeal Transcript Order Form with Certificate of Completion | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/19/2018 | | Appeal Transcript Order Form with Certificate of Completion | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/19/2018 | | Docketing Statement | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/19/2018 | | Docketing Statement | Filed |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/19/2018 | | Pre Argument Conference Statement | Filed |

| Type | Reference | Filer | Description | Status | Dates |
|---|---|---|---|---|---|
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | 3/19/2018 | | Pre Argument Conference Statement | Filed | |
| e PRELIMINARY PAPER/APPEAL DOCUMENTS | 3/19/2018 | | Pre Argument Conference Statement | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | 3/19/2018 | | Return of Filing Notice | Filed | |
| MOTION FOR EXTENSION | AC 1732833 3/19/2018 | Court | Appellant Brief Extension Date:08/13/2018 | Granted | 03/19/2018 3/19/2018 |
| ORDER | AC 1732833 3/19/2018 | | Clerk uploaded Order | Filed | |
| e MOTION FOR EXTENSION | AC 1830409 8/6/2018 | ELIZABETH P CONRAD | Appellant Brief Extension Date: | Returned | 08/06/2018 8/7/2018 |
| ORDER | AC 1830409 8/6/2018 | | Clerk uploaded Order | Filed | |
| e MOTION FOR EXTENSION | AC 1830428 8/7/2018 | ELIZABETH P CONRAD | Appellant Brief Extension Date: | Returned | 08/07/2018 8/8/2018 |
| ORDER | AC 1830428 8/7/2018 | | Clerk uploaded Order | Filed | |
| e MOTION FOR EXTENSION | AC 1830447 8/9/2018 | ELIZABETH P CONRAD | Appellant Brief Extension Date:10/01/2018 | Granted | 08/15/2018 8/15/2018 |
| e OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 1830447 8/14/2018 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| e OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 1830447 8/14/2018 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| ORDER | AC 1830447 8/15/2018 | | Clerk uploaded Order | Filed | |
| e MOTION FOR EXTENSION | AC 1830975 9/27/2018 | ELIZABETH P CONRAD | Appellant Brief Extension Date: | Returned | 09/28/2018 9/28/2018 |
| e MOTION FOR EXTENSION | AC 1830974 9/27/2018 | ELIZABETH P CONRAD | Appellant Brief Extension Date:10/19/2018 | Granted Final | 10/03/2018 10/3/2018 |
| ORDER | AC 1830975 9/28/2018 | | Clerk uploaded Order | Filed | |
| e OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 1830974 10/1/2018 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| ORDER | AC 1830974 10/3/2018 | | Clerk uploaded Order | Filed | |
| e MOTION FOR EXTENSION | AC 1831221 10/19/2018 | ELIZABETH P CONRAD | Appellant Brief Extension Date: | Denied | 10/22/2018 10/22/2018 |
| e MOTION | AC 182870 10/22/2018 | US BANK NATIONAL ASSOCIATION | Motion to Dismiss Appeal | Denied | 11/06/2018 11/06/2018 |
| ORDER | AC 1831221 10/22/2018 | | Clerk uploaded Order | Filed | |
| e BRIEF | 10/29/2018 | | Electronic version of Brief | Rejected | |

| | | | | | | |
|---|---|---|---|---|---|---|
| BRIEF | | 10/29/2018 | | Electronic version of Brief | Rejected | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 10/29/2018 | | Return of Filing Notice | Filed | |
| BRIEF | | 11/1/2018 | | Electronic version of Brief | | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/2/2018 | | Appeal Transcript Order Form | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/5/2018 | | Return of Filing Notice | Filed | |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 182870 | 11/5/2018 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 11/6/2018 | | Appeal Transcript Filing Form to Accompany Transcripts and/or Land Use Regulations | Filed | |
| ORDER | AC 182870 | 11/6/2018 | | Clerk uploaded Order | Filed | |
| BRIEF | | 11/8/2018 | | Electronic version of Appendix | Rejected | |
| BRIEF | | 11/9/2018 | | Electronic version of Appendix | Rejected | |
| BRIEF | | 11/9/2018 | | Electronic version of Appendix | Rejected | |
| BRIEF | | 11/9/2018 | | Electronic version of Appendix | Rejected | |
| BRIEF | | 11/13/2018 | | Electronic version of Appendix | | |
| BRIEF | | 11/30/2018 | | Electronic version of Appendix | | |
| BRIEF | | 11/30/2018 | | Electronic version of Appendix | | |
| BRIEF | | 11/30/2018 | | Electronic version of Brief | | |
| MOTION FOR EXTENSION | AC 1831905 | 12/21/2018 | ELIZABETH P CONRAD | Appellant Reply Extension Date:01/14/2019 | Granted | 12/27/2018 |
| MOTION FOR EXTENSION | AC 1832135 | 1/15/2019 | ELIZABETH P CONRAD | Appellant Reply Extension Date: | Denied | 01/23/2019  1/24/2019 |
| ORDER | AC 1832135 | 1/23/2019 | | Clerk uploaded Order | Filed | |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF MOTION | AC 1832135 | 2/1/2019 | | E-filed Opposition, Response or Withdrawal of Motion | Filed | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 2/4/2019 | | Return of Filing Notice | Filed | |
| BRIEF | | 2/8/2019 | | Electronic version of Brief | | |
| MOTION FOR EXTENSION | AC 1832496 | 2/19/2019 | ELIZABETH P CONRAD | Appellant Reply Extension Date: | Returned | 02/19/2019  2/19/2019 |
| MOTION | AC 183775 | 2/25/2019 | ELIZABETH P CONRAD | Motion to File Late Brief | Granted | 03/08/2019 03/08/2019 |

| | | | | |
|---|---|---|---|---|
| *e* BRIEF | | 2/25/2019 | Electronic version of Brief | |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 2/25/2019 | Return of Filing Notice | Filed |
| ORDER | AC 183775 | 3/8/2019 | Clerk uploaded Order | Filed |
| *e* PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/12/2019 | Assignment Form (Response to Filed Docket) | |
| *e* PRELIMINARY PAPER/APPEAL DOCUMENTS | | 3/13/2019 | Assignment Form (Response to Filed Docket) | |
| DISPOSITION | | Court | Opinion | Disposed  05/07/2019 |
| PRELIMINARY PAPER/APPEAL DOCUMENTS | | 5/7/2019 | Rescript | Filed |