Exhibit 58

# Exhibit 58

  

## State of Connecticut Judicial Branch
# Appellate/Supreme Case Look-up

## Supreme and Appellate Court
### Case Detail

Supreme & Appellate Court Look-up Home  |  Printer Friendly Version  |  New Search  |  Judicial Home Page    Back

### Case Information

**SC 180502  US BANK NATIONAL v. ELIZABETH P. CONRAD ET AL.**            **Status: Returned**

**Pre Appeal Petition Information**                    To receive an email when there is activity on this case, click here.

| | | | |
|---|---|---|---|
| **File Date:** | 06/07/2019 | **Order:** | Returned |
| **Filed By:** | Petitioner | **Order Date:** | 06/10/2019 |

### Trial Court Case Information

| | | | |
|---|---|---|---|
| **Docket No:** | FSTCV085008432S | | |
| **Judgment For:** | | **Court:** | JD COURTHOUSE AT STAMFORD |
| **Trial Judge(s):** | HON. KEVIN TIERNEY | **Judgment Date:** | 07/10/2017 |
| | | **Case Type:** | CIVIL - FORECLOSURE |

### Party/Attorney or Self-Represented Information

| | Trial Court Party Class | Appeal Party Class |
|---|---|---|
| ELIZABETH P CONRAD | Defendant | Petitioner |
| Self Rep:  ELIZABETH P CONRAD | | |
| COMMITTEE | Plaintiff | Respondent |
| Juris: 309904  DAVID J MARANTZ | | |
| JOHN W CONRAD | Defendant | Respondent |
| Juris: 421741  MARK SANK & ASSOCIATES LLC | | |
| UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE | Defendant | Respondent |
| Juris: 065028  UNITED STATES ATTORNEY | | |
| US BANK NATIONAL ASSOCIATION | Plaintiff | Respondent |
| Juris: 101589  MCCALLA RAYMER LEIBERT PIERCE LLC | | |
| Juris: 417452  DAVID BIZAR | | |

### Case Activity

| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
|---|---|---|---|---|---|---|---|
| PETITION | SC 180502 | 6/7/2019 | | Petition for Certification to the Supreme Court | Returned | 06/10/2019 | 06/10/2019 |
| OTHER DOCUMENT | | 6/10/2019 | | Clerk Uploaded Return of Filing Notice | Filed | | 06/10/2019 |