# Exhibit 59

State of Connecticut Judicial Branch

# Supreme and Appellate Court
## Case Detail

Supreme & Appellate Court Look-up Home | Printer Friendly Version | New Search | Judicial Home Page | Back

### Case Information

**SC 190191**   US BANK NATIONAL v. ELIZABETH P. CONRAD ET AL.   **Status: Denied**

### Pre Appeal Petition Information

To receive an email when there is activity on this case, click here.

| | | | |
|---|---|---|---|
| **File Date:** | 09/04/2019 | **Order:** | Denied |
| **Filed By:** | Petitioner | **Order Date:** | 10/22/2019 |

### Trial Court Case Information

| | | | |
|---|---|---|---|
| **Docket No:** | FSTCV085008432S | | |
| **Judgment For:** | | **Court:** | JD COURTHOUSE AT STAMFORD |
| **Trial Judge(s):** | HON. KEVIN TIERNEY | **Judgment Date:** | 07/10/2017 |
| | | **Case Type:** | CIVIL - FORECLOSURE |

### Party/Attorney or Self-Represented Information

| | Trial Court Party Class | Appeal Party Class |
|---|---|---|
| ELIZABETH P CONRAD | Defendant | Petitioner |
| Self Rep: ELIZABETH P CONRAD | | |
| COMMITTEE | Plaintiff | Respondent |
| Juris: 309904  DAVID J MARANTZ | | |
| JOHN W CONRAD | Defendant | Respondent |
| Juris: 421741  MARK SANK & ASSOCIATES LLC | | |
| UNITED STATES OF AMERICA INTERNAL REVENUE SERVICE | Defendant | Respondent |
| Juris: 065028  UNITED STATES ATTORNEY | | |
| US BANK NATIONAL ASSOCIATION | Plaintiff | Respondent |
| Juris: 101589  MCCALLA RAYMER LEIBERT PIERCE LLC | | |
| Juris: 417452  DAVID BIZAR | | |

### Case Activity

| Activity | Number | Date filed | Initiated By | Description | Action | Action Date | Notice Date |
|---|---|---|---|---|---|---|---|
| PETITION | SC 190191 | 9/4/2019 | | Petition for Certification to the Supreme Court | Denied | 10/22/2019 | 10/22/2019 |
| OPPOSITION, RESPONSE OR WITHDRAWAL OF PETITION | SC 190191 | 9/13/2019 | | E-filed Opposition, Response or Withdrawal of Petition | Filed | | 10/22/2019 |

| | | | | |
|---|---|---|---|---|
| OTHER DOCUMENT | 10/4/2019 | E-filed Other Document | Filed | 10/22/2019 |
| ORDER | SC 190191 10/22/2019 | Clerk Uploaded Order | Denied 10/22/2019 | 10/22/2019 |

Release 1.23.0.0 Mar, 2019
Copyright © 2019, State of Connecticut Judicial Branch