# Exhibit 60

# SUPREME COURT

# STATE OF CONNECTICUT

PSC-190191

US BANK NATIONAL

    v.

ELIZABETH P. CONRAD ET AL.

## ORDER ON PETITION FOR CERTIFICATION TO APPEAL

The named defendant's petition for certification to appeal from the Appellate Court, 189 Conn. App. 908 (AC 40688), is denied.

*Elizabeth P. Conrad,* self-represented, in support of the petition.
*David M. Bizar*, in opposition.

Decided October 22, 2019

By the Court,

          /s/
Cory M. Daige
Assistant Clerk - Appellate

Notice Sent:  October 22, 2019
Petition Filed:  September 4, 2019
Hon. Kevin Tierney
Clerk, Superior Court, FST-CV08-5008432-S
Clerk, Appellate Court
Reporter of Judicial Decisions
Staff Attorneys' Office
Counsel of Record